Exhibit A

UNITED STATES CERTIFICATE OF REGISTRATION

AIROS & DESIGN

REG. NO. 3746223



# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,746,223**
Registered Feb. 9, 2010

**Int. Cl.: 9**

TRADEMARK
PRINCIPAL REGISTER

UBIQUITI NETWORKS, INC. (CALIFORNIA CORPORATION), DBA UBIQUITI NETWORKS
495-499 MONTAGUE EXPWY
MILPITAS, CA 95035

FOR: COMPUTER OPERATING PROGRAMS AND COMPUTER OPERATING SYSTEMS; COMPUTER SOFTWARE FOR COMMUNICATING WITH USERS OF HAND-HELD COMPUTERS; COMPUTER SOFTWARE FOR WIRELESS CONTENT DELIVERY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-29-2008; IN COMMERCE 1-29-2008.

THE MARK CONSISTS OF THE WORD "AIR" AND THE SOUND WAVE DESIGN IN BLUE AND THE ACRONYM "OS" IN BLACK.

THE COLOR(S) BLUE AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 77-726,644, FILED 4-30-2009.

PATRICIA EVANKO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Exhibit B

UNITED STATES CERTIFICATE OF REGISTRATION

AIRMAX

REG. NO. 3837240

# United States of America

## United States Patent and Trademark Office

# AirMax

**Reg. No. 3,837,240**
**Registered Aug. 24, 2010**

UBIQUITI NETWORKS, INC. (CALIFORNIA CORPORATION), DBA UBIQUITI NETWORKS
91 E. TASMAN DRIVE
SAN JOSE, CA 95134

**Int. Cl.: 9**

FOR: TELECOMMUNICATIONS AND DATA NETWORKING HARDWARE, NAMELY, DEVICES FOR TRANSPORTING AND AGGREGATING VOICE, DATA, AND VIDEO COMMUNICATIONS ACROSS MULTIPLE NETWORK INFRASTRUCTURES AND COMMUNICATIONS PROTOCOLS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 7-1-2009; IN COMMERCE 7-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-900,160, FILED 12-23-2009.

HEATHER BIDDULPH, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

Exhibit C

UNITED STATES CERTIFICATE OF REGISTRATION

UBNT

REG. NO. 3856016

# United States of America

## United States Patent and Trademark Office

# UBNT

**Reg. No. 3,856,016**
**Registered Oct. 5, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

UBIQUITI NETWORKS, INC. (CALIFORNIA CORPORATION), DBA UBIQUITI NETWORKS
91 E. TASMAN DRIVE
SAN JOSE, CA 95035

FOR: BROADBAND WIRELESS EQUIPMENT, NAMELY, TELECOMMUNICATIONS BASE STATION EQUIPMENT FOR CELLULAR AND FIXED NETWORKING AND COMMUNICATIONS APPLICATIONS; COMMUNICATIONS SOFTWARE FOR CONNECTING USERS ON WIRELESS NETWORKS; WIRELESS ACCESS POINT (WAP) DEVICES; DEVICES FOR WIRELESS RADIO TRANSMISSION; INDUSTRIAL WIRELESS POINT-TO-MULTIPOINT RADIO; WIRELESS TRANSMITTERS AND RECEIVERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-23-2001; IN COMMERCE 3-23-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-906,575, FILED 1-7-2010.

HEATHER BIDDULPH, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

Exhibit D

UNITED STATES CERTIFICATE OF REGISTRATION

AIRGRID

REG. NO. 3888037

# United States of America
## United States Patent and Trademark Office

# AirGrid

**Reg. No. 3,888,037**
**Registered Dec. 7, 2010**
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

UBIQUITI NETWORKS, INC. (DELAWARE CORPORATION), DBA UBIQUITI NETWORKS,
   INC., A DELAWARE CORPORATION,
91 E. TASMAN DRIVE
SAN JOSE, CA 95134

FOR: MICROWAVE ANTENNAE; MICROWAVE TRANSMISSION APPARATUS FOR DE-
LIVERING RADIO PROGRAMS AND MESSAGES , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 12-1-2009; IN COMMERCE 12-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-960,305, FILED 3-16-2010.

HEATHER BIDDULPH, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Exhibit E

UNITED STATES CERTIFICATE OF REGISTRATION

AIRCONTROL

REG. NO. 3829292

# United States of America
## United States Patent and Trademark Office

# AirControl

**Reg. No. 3,829,292**
**Registered Aug. 3, 2010**
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

UBIQUITI NETWORKS, INC., INC. (CALIFORNIA CORPORATION), DBA UBIQUITI
   NETWORKS, INC.,
91 E. TASMAN DRIVE
SAN JOSE, CA 95035

FOR: COMMUNICATIONS SOFTWARE FOR CONNECTING COMPUTER NETWORK USERS;
COMPUTER SOFTWARE FOR COMMUNICATING WITH USERS OF HAND-HELD COM-
PUTERS; COMPUTER SOFTWARE FOR CONTROLLING AND MANAGING ACCESS
SERVER APPLICATIONS; COMPUTER SOFTWARE FOR MANAGEMENT OF COMMUNIC-
ATION EQUIPMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-8-2009; IN COMMERCE 10-8-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-726,654, FILED 4-30-2009.

TOBY BULLOFF, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Exhibit F

UNITED STATES CERTIFICATE OF REGISTRATION

AIRVIEW

REG. NO. 3715098

# United States of America

## United States Patent and Trademark Office

# AirView

**Reg. No. 3,715,098**
Registered Nov. 24, 2009

UBIQUITI NETWORKS, INC. (CALIFORNIA CORPORATION), DBA UBIBUITI NETWORKS
495-499 MONTAGUE EXPWY
MILPITAS, CA 95035

**Int. Cl.: 9**

FOR: ELECTRONIC MAGNETOSTRICTIVE EQUIPMENT, NAMELY, A WAVE GENERATOR, WAVE SENSOR AND WAVE ANALYZER, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**
**PRINCIPAL REGISTER**

FIRST USE 2-25-2009; IN COMMERCE 3-18-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-726,635, FILED 4-30-2009.

PATRICIA EVANKO, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

Exhibit G

UNITED STATES CERTIFICATE OF REGISTRATION

UNIFI

REG. NO. 4068223

# United States of America

## United States Patent and Trademark Office



Reg. No. 4,068,223

Registered Dec. 6, 2011

Int. Cl.: 9

TRADEMARK

PRINCIPAL REGISTER

UBIQUITI NETWORKS, INC. (DELAWARE CORPORATION), DBA UBIQUITI NETWORKS, INC., A DELAWARE CORPORATION,
91 E. TASMAN DRIVE
SAN JOSE, CA 95035.

FOR: ELECTRONIC TRANSMITTERS AND RECEIVERS FOR ENTERPRISE WIRELESS NETWORKS, NAMELY, TRANSMITTERS AND RECEIVERS OF ELECTRONIC SIGNALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-15-2011; IN COMMERCE 1-15-2011.

THE MARK CONSISTS OF THE WORD "UNIFI" WITH A DESIGN OF SOUND WAVES EXTENDING FROM THE DOT OF THE FIRST "I" OVER THE TOP OF THE "NI" LETTERS.

SN 85-100,397, FILED 8-4-2010.

TARA PATE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Exhibit H

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2012-05-18 13:18:37 ET

**Serial Number:** 85591665 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# POWERBRIDGE

**(words only):** POWERBRIDGE

**Standard Character claim:** Yes

**Current Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Date of Status:** 2012-05-17

**Filing Date:** 2012-04-06

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 117

**Attorney Assigned:**
FAIRBANKS RONALD L

**Current Location:** M8X -Law Office 117 - Examining Attorney Assigned

**Date In Location:** 2012-05-16

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Ubiquiti Networks, Inc.

**Address:**
Ubiquiti Networks, Inc.
91 E. Tasman Drive
San Jose, CA 95134
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
**Class Status:** Active
Telecommunications and data networking hardware, namely, devices for transporting and aggregating voice, data, and video communications across multiple network infrastructures and communications protocols; microwave antennae; microwave transmission apparatus for delivering wireless content, radio programs and messages
**Basis:** 1(a)
**First Use Date:** 2010-04-21
**First Use in Commerce Date:** 2010-04-21

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2012-05-17 - Non-final action mailed

2012-05-16 - Non-Final Action Written

2012-05-16 - Previous Allowance Count Withdrawn

2012-05-16 - Approved for Pub - Principal Register (Initial exam)

2012-05-05 - Assigned To Examiner

2012-04-17 - Notice Of Pseudo Mark Mailed

2012-04-16 - New Application Office Supplied Data Entered In Tram

2012-04-10 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Jennifer Lee Taylor

**Correspondent**
JENNIFER LEE TAYLOR
MORRISON & FOERSTER LLP
425 MARKET ST FL 30
SAN FRANCISCO, CA 94105-2482
Phone Number: 415 268 6538
Fax Number: 415 268 7522

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 04:35:50 EDT 2012*



Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 2 out of 39**

TARR Status   ASSIGN Status   TDR   TTAB Status   **( Use the "Back" button of the Internet Browser to return to TESS)**

# PICOSTATION

| | |
|---|---|
| **Word Mark** | PICOSTATION |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Telecommunications and data networking hardware, namely, devices for transporting and aggregating voice, data, and video communications across multiple network infrastructures and communications protocols; microwave antennae; microwave transmission apparatus for delivering wireless content, radio programs and messages. FIRST USE: 20090209. FIRST USE IN COMMERCE: 20090209 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85591663 |
| **Filing Date** | April 6, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) **Ubiquiti** Networks, Inc. CORPORATION DELAWARE 91 E. Tasman Drive San Jose CALIFORNIA 95134 |
| **Attorney of Record** | Jennifer Lee Taylor |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |

**Indicator**      LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 04:35:50 EDT 2012*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ]  OR  Jump  to record: [        ]    **Record 3 out of 39**

TARR Status | ASSIGN Status | **TDR** | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# EDGEMAX

| | |
|---|---|
| **Word Mark** | EDGEMAX |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer Network Routers |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85527758 |
| **Filing Date** | January 27, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Ubiquiti Networks, Inc. CORPORATION DELAWARE 91 E Tasman Dr. San Jose CALIFORNIA 95134 |
| **Attorney of Record** | Benjamin Ashurov |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 04:35:50 EDT 2012*



Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 4 out of 39**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# NANOSTATION

| | |
|---|---|
| **Word Mark** | NANOSTATION |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Telecommunications and data networking hardware, namely, devices for transporting and aggregating voice, data, and video communications across multiple network infrastructures and communications protocols; microwave antennae; microwave transmission apparatus for delivering wireless content, radio programs and messages. FIRST USE: 20090827. FIRST USE IN COMMERCE: 20090827 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85591668 |
| **Filing Date** | April 6, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) **Ubiquiti** Networks, Inc. CORPORATION DELAWARE 91 E. Tasman Drive San Jose CALIFORNIA 95134 |
| **Attorney of Record** | Jennifer Lee Taylor |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |

**Indicator**      LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 04:35:50 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: _____  OR  Jump  to record: _____  **Record 5 out of 39**

| TARR Status | ASSIGN Status | TDR | TTAB Status | **( Use the "Back" button of the Internet Browser to return to TESS)**

# AirVision

| | |
|---|---|
| **Word Mark** | AIRVISION |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Audio and video recordings featuring network management information; computer software and hardware for use in network management; computer software for administration of computer local area networks; computer software for administration of computer networks; computers for network management; digital video cameras; digital video recorders; IP (Internet protocol) cameras. FIRST USE: 20111001. FIRST USE IN COMMERCE: 20111001. |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85120381 |
| **Filing Date** | August 31, 2010 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 12, 2011 |
| **Owner** | (APPLICANT) **UBIQUITI** NETWORKS, INC. DBA **UBIQUITI** NETWORKS, INC., A DELAWARE CORPORATION CORPORATION DELAWARE 91 E. TASMAN DRIVE SAN JOSE CALIFORNIA 95134 |
| **Assignment** | ASSIGNMENT RECORDED |

**Recorded**

**Attorney of Record**    Cynthia R. Adwere

**Type of Mark**    TRADEMARK

**Register**    PRINCIPAL

**Live/Dead Indicator**    LIVE



| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 04:35:50 EDT 2012*

`TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` **SEARCH OG** `BOTTOM` `HELP` `PREV LIST` `CURR LIST`
`NEXT LIST` `FIRST DOC` `PREV DOC` `NEXT DOC` `LAST DOC`

`Logout`  Please logout when you are done to release system resources allocated for you.

`Start` List At: [            ] OR `Jump` to record: [            ] **Record 7 out of 39**

---

`TARR Status` `ASSIGN Status` `TDR` `TTAB Status` **( Use the "Back" button of the Internet Browser to return to TESS)**



| | |
|---|---|
| **Word Mark** | UBIQUITI NETWORKS |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Broadband wireless equipment, namely, telecommunications base station equipment for cellular and fixed networking and communications applications; computer software; communications software for connecting users on wireless networks; wireless access point (WAP) devices; devices for wireless radio transmission; industrial wireless point-to-multipoint radio; carrier class wireless point-to-multipoint radio; wireless transmitters and receivers; and power adaptors; telecommunications and data networking hardware, namely, devices for transporting and aggregating voice, data, and video communications across multiple network infrastructures and communications protocols; microwave antennae; microwave transmission apparatus for delivering wireless content, radio programs and messages. FIRST USE: 20051231. FIRST USE IN COMMERCE: 20051231 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.25 - Coal; Dust; Light rays; Liquids, spilling; Pouring liquids; Sand; Spilling liquids<br>14.01.01 - Couplings and joints, metal pipe; Pipe couplings and joints; Pipes and fittings; Tubes (hardware); Tubing (hardware) |
| **Serial Number** | 85591680 |
| **Filing Date** | April 6, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) **Ubiquiti** Networks, Inc. CORPORATION DELAWARE 91 E. Tasman Drive San Jose |

|  |  |
|---|---|
|  | CALIFORNIA 95134 |
| **Attorney of Record** | Jennifer Lee Taylor |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the words UBIQUITI NETWORKS and stylized tubes of different hapes in a light ray design above the words. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 04:35:50 EDT 2012*



| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: _____   OR   Jump   to record: _____   **Record 8 out of 39**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# UBIQUITI NETWORKS

| | |
|---|---|
| **Word Mark** | UBIQUITI NETWORKS |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Broadband wireless equipment, namely, telecommunications base station equipment for cellular and fixed networking and communications applications; computer software; communications software for connecting users on wireless networks; wireless access point (WAP) devices; devices for wireless radio transmission; industrial wireless point-to-multipoint radio; carrier class wireless point-to-multipoint radio; wireless transmitters and receivers; and power adaptors; telecommunications and data networking hardware, namely, devices for transporting and aggregating voice, data, and video communications across multiple network infrastructures and communications protocols; microwave antennae; microwave transmission apparatus for delivering wireless content, radio programs and messages. FIRST USE: 20051231. FIRST USE IN COMMERCE: 20051231 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85591672 |
| **Filing Date** | April 6, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) **Ubiquiti** Networks, Inc. CORPORATION DELAWARE 91 E. Tasman Drive San Jose |

|  | CALIFORNIA 95134 |
|---|---|
| **Attorney of Record** | Jennifer Lee Taylor |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NETWORKS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 04:35:50 EDT 2012*



**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: _____ OR **Jump** to record: _____ **Record 9 out of 39**

**TARR Status**  **ASSIGN Status**  **TDR**  **TTAB Status** *( Use the "Back" button of the Internet Browser to return to TESS)*

# NANOBRIDGE

| | |
|---|---|
| **Word Mark** | NANOBRIDGE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Telecommunications and data networking hardware, namely, devices for transporting and aggregating voice, data, and video communications across multiple network infrastructures and communications protocols; microwave antenna; microwave transmission apparatus for delivering wireless content, radio programs and messages. FIRST USE: 20100224. FIRST USE IN COMMERCE: 20100224 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85591667 |
| **Filing Date** | April 6, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) **Ubiquiti** Networks, Inc. CORPORATION DELAWARE 91 E. Tasman Drive San Jose CALIFORNIA 95134 |
| **Attorney of Record** | Jennifer Lee Taylor |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |

**Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 04:35:50 EDT 2012*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 10 out of 39**

TARR Status   ASSIGN Status   TDR   TTAB Status   ( *Use the "Back" button of the Internet
Browser to return to TESS*)

# INNERFEED

| | |
|---|---|
| **Word Mark** | INNERFEED |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Radio devices; radio receivers and transmitters; wireless transceiver radio |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85591656 |
| **Filing Date** | April 6, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) **Ubiquiti** Networks, Inc. CORPORATION DELAWARE 91 E. Tasman Drive San Jose CALIFORNIA 95134 |
| **Attorney of Record** | Jennifer Lee Taylor |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   Top   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 04:35:50 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start  List At: _____  OR  Jump  to record: _____  **Record 11 out of 39**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   ( Use the "Back" button of the Internet Browser to return to TESS)

# ROCKET

| | |
|---|---|
| **Word Mark** | ROCKET |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Radio devices; radio receivers and transmitters; wireless transceiver radio. FIRST USE: 20090821. FIRST USE IN COMMERCE: 20090821 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85591653 |
| **Filing Date** | April 6, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Ubiquiti Networks, Inc. CORPORATION DELAWARE 91 E. Tasman Drive San Jose CALIFORNIA 95134 |
| **Attorney of Record** | Jennifer Lee Taylor |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 04:35:50 EDT 2012*



Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 12 out of 39**

TARR Status ASSIGN Status TDR TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

# AIRCAM

| | |
|---|---|
| **Word Mark** | AIRCAM |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Cameras; camera system; surveillance system; computer hardware for IP video surveillance; network video recording software for IP (Internet Protocol) video surveillance; automated self contained electronic surveillance devices that can be deployed to gather evidence or intelligence in remote locations. FIRST USE: 20110729. FIRST USE IN COMMERCE: 20110729 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85591644 |
| **Filing Date** | April 6, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) **Ubiquiti** Networks, Inc. CORPORATION DELAWARE 91 E. Tasman Drive San Jose CALIFORNIA 95134 |
| **Attorney of Record** | Jennifer Lee Taylor |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |

**Indicator**          LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 04:35:50 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 13 out of 39**

TARR Status  ASSIGN Status  TDR  TTAB Status  ( *Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | UBIQUITI |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Broadband wireless equipment, namely, telecommunications base station equipment for cellular and fixed networking and communications applications; computer software; communications software for connecting users on wireless networks; wireless access point (WAP) devices; devices for wireless radio transmission; industrial wireless point-to-multipoint radio; carrier class wireless point-to-multipoint radio; wireless transmitters and receivers; and power adaptors; telecommunications and data networking hardware, namely, devices for transporting and aggregating voice, data, and video communications across multiple network infrastructures and communications protocols; microwave antennae; microwave transmission apparatus for delivering wireless content, radio programs and messages. FIRST USE: 20051231. FIRST USE IN COMMERCE: 20051231 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85591641 |
| **Filing Date** | April 6, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) **Ubiquiti** Networks, Inc. CORPORATION DELAWARE 91 E. Tasman Drive San Jose |

|                        |                     |
|------------------------|---------------------|
|                        | CALIFORNIA 95134    |
| **Attorney of Record** | Jennifer Lee Taylor |
| **Type of Mark**       | TRADEMARK           |
| **Register**           | PRINCIPAL           |
| **Live/Dead Indicator**| LIVE                |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2012-05-18 13:23:07 ET

**Serial Number:** 85295851 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# AirMaxSync

**(words only):** AIRMAXSYNC

**Standard Character claim:** Yes

**Current Status:** A first request for extension of time to file a Statement of Use has been granted.

**Date of Status:** 2012-03-24

**Filing Date:** 2011-04-14

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**The Notice of Allowance Date is:** 2011-09-06

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**Attorney Assigned:**
CASTRO GIANCARLO

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2012-03-24

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Ubiquiti Networks, Inc.

**DBA/AKA/TA/Formerly:** DBA Ubiquiti Networks
**Address:**
Ubiquiti Networks, Inc.
91 E. Tasman Drive
San Jose, CA 95134
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware
**Phone Number:** (408) 942-3085
**Fax Number:** (408) 351-4973

---

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Computer hardware and software for setting up and configuring wide area networks; Computer
hardware and software systems for synchronizing a GPS clock in an antenna system; Computer
hardware for telecommunications; Global positioning system (GPS) consisting of computers, computer
software, transmitters, receivers, and network interface devices; Wireless broadband radios
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document
Retrieval" shown near the top of this page.**

2012-03-27 - Notice Of Approval Of Extension Request E-Mailed

2012-03-24 - Extension 1 granted

2012-03-05 - Extension 1 filed

2012-03-24 - Case Assigned To Intent To Use Paralegal

2012-03-05 - TEAS Extension Received

2011-09-06 - NOA E-Mailed - SOU Required From Applicant

2011-07-21 - Attorney Revoked And/Or Appointed

2011-07-21 - TEAS Revoke/Appoint Attorney Received

2011-07-12 - Official Gazette Publication Confirmation E-Mailed

2011-07-12 - Published for opposition

2011-06-07 - Law Office Publication Review Completed

2011-06-06 - Assigned To LIE

2011-06-01 - Approved For Pub - Principal Register

2011-06-01 - Assigned To Examiner

2011-04-20 - Notice Of Pseudo Mark Mailed

2011-04-19 - New Application Office Supplied Data Entered In Tram

2011-04-18 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Cynthia R. Adwere

**Correspondent**
Cynthia R. Adwere
Law Office of Cynthia R. Adwere
751 Laurel Street #912
San Carlos CA 94070
Phone Number: 650-346-5750

---

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2012-05-18 13:23:19 ET

**Serial Number:** 85226351 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# MFi

**(words only):** MFI

**Standard Character claim:** Yes

**Current Status:** A request for an extension of time to file an opposition has been filed with the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Date of Status:** 2012-02-15

**Filing Date:** 2011-01-26

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**Attorney Assigned:**
BUSH KAREN K

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2011-12-10

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Ubiquiti Networks. Inc.

**DBA/AKA/TA/Formerly:** DBA Ubiquiti Networks. Inc.
**Address:**
Ubiquiti Networks. Inc.
91 E. Tasman Drive
San Jose, CA 95134
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware
**Phone Number:** 408-942-3085
**Fax Number:** 408-351-4973

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Remote control telemetering machines and apparatus; traffic management equipment, namely, display monitors, auto compasses, and software to manage traffic
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2012-02-15 - Extension Of Time To Oppose Received

2012-01-17 - Official Gazette Publication Confirmation E-Mailed

2012-01-17 - Published for opposition

2011-12-28 - Notification Of Notice Of Publication E-Mailed

2011-12-10 - Law Office Publication Review Completed

2011-12-08 - Approved For Pub - Principal Register

2011-11-21 - Teas/Email Correspondence Entered

2011-11-21 - Communication received from applicant

2011-11-14 - Assigned To LIE

2011-10-28 - TEAS Response to Office Action Received

2011-07-21 - Attorney Revoked And/Or Appointed

2011-07-21 - TEAS Revoke/Appoint Attorney Received

2011-05-02 - Notification Of Non-Final Action E-Mailed

2011-05-02 - Non-final action e-mailed

2011-05-02 - Non-Final Action Written

2011-04-25 - Assigned To Examiner

2011-01-31 - New Application Office Supplied Data Entered In Tram

2011-01-29 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Cynthia R. Adwere

**Correspondent**
Cynthia R. Adwere
Law Office of Cynthia R. Adwere
751 Laurel Street #912
San Carlos CA 94070
Phone Number: 650-346-5750

---

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2012-05-18 13:23:31 ET

**Serial Number:** 85254109 <u>Assignment Information</u>         <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# UniTel

**(words only):** UNITEL

**Standard Character claim:** Yes

**Current Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Date of Status:** 2012-01-31

**Filing Date:** 2011-03-01

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**The Notice of Allowance Date is:** 2012-01-31

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**Attorney Assigned:**
CASTRO GIANCARLO

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2012-01-31

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Ubiquiti Networks, Inc.

**DBA/AKA/TA/Formerly:** DBA Ubiquiti Networks
**Address:**
Ubiquiti Networks, Inc.
91 E. Tasman Drive
San Jose, CA 95134
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware
**Phone Number:** (408) 942-3085
**Fax Number:** (408) 351-4973

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Computer application software for a phone system, namely, software for a PBX or private branch
exchange IP phone system; Computer hardware for telecommunications; Internet phones
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document
Retrieval" shown near the top of this page.**

2012-01-31 - NOA E-Mailed - SOU Required From Applicant

2011-12-06 - Official Gazette Publication Confirmation E-Mailed

2011-12-06 - Published for opposition

2011-11-16 - Notification Of Notice Of Publication E-Mailed

2011-11-03 - Law Office Publication Review Completed

2011-11-01 - Assigned To LIE

2011-10-03 - Approved For Pub - Principal Register

2011-09-21 - Examiner's Amendment Entered

2011-09-21 - Notification Of Examiners Amendment E-Mailed

2011-09-21 - EXAMINERS AMENDMENT E-MAILED

2011-09-21 - Examiners Amendment -Written

2011-07-21 - Attorney Revoked And/Or Appointed

2011-07-21 - TEAS Revoke/Appoint Attorney Received

2011-06-01 - Notification Of Non-Final Action E-Mailed

2011-06-01 - Non-final action e-mailed

2011-06-01 - Non-Final Action Written

2011-06-01 - Assigned To Examiner

2011-03-05 - Notice Of Pseudo Mark Mailed

2011-03-04 - New Application Office Supplied Data Entered In Tram

2011-03-04 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Cynthia R. Adwere

**Correspondent**
Cynthia R. Adwere
Law Office of Cynthia R. Adwere
751 Laurel Street #912
San Carlos CA 94070
Phone Number: 650-346-5750

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2012-05-18 13:23:44 ET

**Serial Number:** 85128703 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# AirFiber

**(words only):** AIRFIBER

**Standard Character claim:** Yes

**Current Status:** A first request for extension of time to file a Statement of Use has been granted.

**Date of Status:** 2011-11-29

**Filing Date:** 2010-09-13

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**The Notice of Allowance Date is:** 2011-06-07

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**Attorney Assigned:**
PATE TARA J

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2011-11-29

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Ubiquiti Networks, Inc.

**DBA/AKA/TA/Formerly:** DBA Ubiquiti Networks
**Address:**
Ubiquiti Networks, Inc.
91 E. Tasman Drive
San Jose, CA 95134
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware
**Phone Number:** (408) 942-3085
**Fax Number:** (408) 351-4973

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Broadband radios; Microwave transmission apparatus for delivering radio programs and messages;
Radio receivers and transmitters; Wireless transceiver radio; Point-to-point microwave transmission
apparatus, namely, receivers and transmitters for delivering radio programs and messages
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document
Retrieval" shown near the top of this page.**

2011-11-30 - Notice Of Approval Of Extension Request E-Mailed

2011-11-29 - Extension 1 granted

2011-11-18 - Extension 1 filed

2011-11-29 - Case Assigned To Intent To Use Paralegal

2011-11-18 - TEAS Extension Received

2011-07-21 - Attorney Revoked And/Or Appointed

2011-07-21 - TEAS Revoke/Appoint Attorney Received

2011-06-07 - NOA E-Mailed - SOU Required From Applicant

2011-04-12 - Official Gazette Publication Confirmation E-Mailed

2011-04-12 - Published for opposition

2011-03-10 - Law Office Publication Review Completed

2011-03-10 - Assigned To LIE

2011-02-14 - Approved For Pub - Principal Register

2011-01-13 - Teas/Email Correspondence Entered

2011-01-12 - Communication received from applicant

2011-01-12 - TEAS Response to Office Action Received

2011-01-12 - TEAS Change Of Correspondence Received

2010-11-23 - Notification Of Non-Final Action E-Mailed

2010-11-23 - Non-final action e-mailed

2010-11-23 - Non-Final Action Written

2010-11-18 - Assigned To Examiner

2010-09-18 - Notice Of Pseudo Mark Mailed

2010-09-17 - New Application Office Supplied Data Entered In Tram

2010-09-16 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Cynthia R. Adwere

**Correspondent**
Cynthia R. Adwere
Law Office of Cynthia R. Adwere
751 Laurel Street #912
San Carlos CA 94070
Phone Number: 650-346-5750

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 04:35:50 EDT 2012*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:            OR  Jump  to record:            **Record 19 out of 39**

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | AIRSELECT |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Communications software for connecting radio networks; Computer hardware and software for setting up and configuring local area networks; Computer hardware and software for setting up and configuring wide area networks; computer application software for radio systems, namely, software that changes the radio frequencies at given intervals; computer software that changes radio channels at given intervals that may be downloaded from a global computer network |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85142274 |
| **Filing Date** | September 30, 2010 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 18, 2011 |
| **Owner** | (APPLICANT) **Ubiquiti** Networks, Inc. DBA **Ubiquiti** Networks Inc., a Delaware Corporation CORPORATION DELAWARE 91 E. Tasman Drive San Jose CALIFORNIA 95134 |
| **Attorney of** | Cynthia R. Adwere |

**Record**
**Type of Mark**   TRADEMARK
**Register**       PRINCIPAL
**Live/Dead
Indicator**        LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 04:35:50 EDT 2012*



Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: _____  OR  Jump  to record: _____  **Record 20 out of 39**

TARR Status   ASSIGN Status   TDR   TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

*BULLET*

| | |
|---|---|
| **Word Mark** | BULLET 2 UBIQUITI NETWORKS |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: outdoor radio devices. FIRST USE: 20090110. FIRST USE IN COMMERCE: 20090110 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.17.14 - Ampersands (&); At symbol (@); Brackets, punctuation; Commas; Diacritical marks; Exclamation points (!¡); Punctuation marks; Question marks (?) |
| **Serial Number** | 85425275 |
| **Filing Date** | September 16, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Ubiquiti Networks, Inc. CORPORATION DELAWARE 91 E. Tasman Drive San Jose CALIFORNIA 95035 |
| **Attorney of Record** | Cynthia R. Adwere |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of The words BULLET 2 UBIQUITI NETWORKS follwed by a design consisting of eight beams in the shape of an asterisk. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 04:35:50 EDT 2012*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start] List At: _____  OR [Jump] to record: _____  **Record 21 out of 39**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | AIRBLAST |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Communications software for connecting computer network users; computer software for TDMA point to point protocol; telecommunications and data networking hardware, namely, devices for transporting and aggregating voice, data, and video communications across multiple network infrastructures and communications protocols |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85404232 |
| **Filing Date** | August 22, 2011 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) **Ubiquiti** Networks, Inc. CORPORATION DELAWARE 91 E. Tasman Drive San Jose CALIFORNIA 95035 |
| **Attorney of Record** | Cynthia R. Adwere |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit I

**From:** William Hsu [mailto:william@kozumi-usa.com]
**Sent:** Tuesday, April 29, 2008 2:44 PM
**To:** ben.moore@ubnt.com
**Subject:** Re: INQUIRY FOR Ubituity distribution

Hi Ben,

   We are currently the sole distributor of Edimax's EW-7209 APG model CPE. These are the best seller low cost CPE's in Brazil, Argentina, Colombia, Peru, etc. Currently we sell around 30K Access Point per month and 50K network cards per month for the WISP market in South America. We are very strong in low cost CPE market. We do not focus on high end segment CPE (Mikrotik, Proxim, Canopy, etc). I'm currently interested to carry your new Nano2 and Nano5 series. I will like to start with 5000 pcs of Nano2 and 1000 pcs Nano5. We offer antennas but those are manufacturerd locally in Brazil.

Rgds,

William

----- Original Message -----

**From:** Ben Moore

**To:** william@kozumi-usa.com

**Cc:** robert@ubnt.com

**Sent:** Tuesday, April 29, 2008 4:32 PM

**Subject:** RE: INQUIRY FOR Ubituity distribution

Hello William,

Thank you for your email and for your interest in working with our products.  A few questions to help us get started:

1.      What CPE's are you currently offering?

2.   Which products in particular are you interested in?  What would you expect for monthly volumes of these products?

3.   What other products are you currently offering (antennas, radios, etc...)?

Please advise and we can discuss further.

Look forward to hearing from you.

Best Regards,

Ben Moore

Ben.moore@ubnt.com

**From:** <william@kozumi-usa.com>

**Date:** April 29, 2008 11:25:35 AM PDT

**To:** <sales@ubnt.com>

**Subject: INQUIRY FOR Ubituity distribution**

**Reply-To:** <william@kozumi-usa.com>

Dear Sirs,

   We are the largest CPE provider of South America. We sell over 30 thousand units CPE's per month to South America market. Our main market is Brazil, Colombia, Peru, etc. I will like to know if you are interested to give us the distribution of your new products for these market. Pls. let me know if there is any interest from your side to establish business. Thanks.

Best Regards,

William Wu

**3 attachments** — <u>Download all attachments</u>

**Distribution Agreement -Kozumi- Ubiquiti.doc**
99K   <u>View</u>   <u>Download</u>

**PO 1.xls**
28K   <u>View</u>   <u>Open as a Google spreadsheet</u>   <u>Download</u>

**MARKETING LATIN AMERICA 2007.ppt**
15835K   <u>View</u>   <u>Download</u>

Exhibit J

Hello William,

Please find attached distribution agreement.  As discussed, we want to make sure that our distribution partners are setup to market/distribute our full line of products (trade shows, online advertising, road shows, etc...).  Please review and sign.  You will be listed as a distributor in Brazil which we feel will be a VERY big market for our products.

Please send initial stock order, logo and contact information for the website and advise when our product line will be added to your site.

We look forward to working with you.

Best Regards,

Ben Moore

Ubiquiti Networks

VP - Business Development

ben.moore@ubnt.com

408-385-1103 - Tel

801-750-3456 - Mobile

Exhibit K

---------- Forwarded message ----------
From: **William Hsu** <william@kozumi-usa.com>
Date: Fri, May 16, 2008 at 9:19 AM
Subject: Re: INQUIRY FOR Ubituity distribution
To: ben.moore@ubnt.com


Dear Ben,

  Attached the po and agreement. I changed the territory to "all latin american countries" instead of Brazil. We don't sell locally in Brazil, we sell to the wholesalers in Brazil from Miami. We will offer all your line of product in our web and price list. And we will like to know if Ubiquiti support its distributors with marketing funds for us to promote the products in media, conventions, road shows, etc... Pls. find attached some of the work we did last year for one of our brands Edimax.

Rgds,
William

Exhibit L

# AUTHORIZED DISTRIBUTION AGREEMENT

The DISTRIBUTION AGREEMENT is made on 05/14/08 by and between "Ubiquiti Networks Inc." with its offices located at 495-499 Montague Expwy, Milpitas, CA 95035, USA and "Kozumi", located at 3005 Hartridge Terrace, Wellington hereinafter referred to as "Distributor". Both parties agree to conditions as follows:

1.    **Appointment.**

1.1.    General; Ubiquiti Networks Inc appoints DISTRIBUTOR on a nonexclusive basis to serve during the term of this Agreement as an authorized DISTRIBUTOR of the Products within the Territory, and DISTRIBUTOR accepts such appointment.

1.2 Products mean current Ubiquiti Networks branded product lines including any new developing product to be released in the near future which will be made available to Distributors to promote and distribute.

1.3 Territory. The term "Territory" shall mean the geographic area(s) specified in the Annex II

2. **Obligations of Ubiquiti Networks Inc.**
   a) Ubiquiti Networks will regularly provide product and sales training for Distributor's sales and team.

   b) Ubiquiti Networks will provide technical training as well as RMA services on a regular basis based upon the company policy.

   c) Ubiquiti Networks will provide Distributor with the pricing agreed between the parties and specified and set out in this Distribution Agreement as Annex I and marketing support according to the company standards and aligned with the sales quota ratified in between the two parties. The Price List is subject to change by Ubiquiti Networks thirty (30) days after written notice given to the DISTRIBUTOR. Existing quotations shall be honored at the quoted price.

   d) Ubiquiti Networks **shall use reasonable** efforts to deliver products on time as ordered. Notwithstanding, any delays of scheduled orders shall be promptly communicated to the Distributor in writing.

3. **Obligations of the Distributor**
   a) Based upon the business relationship ratified in between the two parties, the Distributor agrees to use its best effort in order to locally promote and market Ubiquiti Networks Inc. products on the territory specified and set out in this agreement as Annex II.

   b) Distributor is authorized to use Ubiquiti Networks name and trademark through its sales and marketing initiative – The ownership of such mentioned name and trademark will remain Ubiquiti Networks property.

   c) Distributor **shall use reasonable efforts to meet the** quarterly purchases as stipulated through the Annex I. The Annex I will be reviewed and amended at

1

the end of each quarter. Sales forecast and quota forecast are a suggestion of common agreement, being discussed under the term of common business practices by the Distributor and Ubiquiti Networks Inc.

d) The Distributor agrees not to release, disclose or publish any Ubiquiti Networks confidential information to any third party without Ubiquiti Networks approval. Confidential information shall mean information furnished by Ubiquiti Networks under or in contemplation of this agreement, which is marked with a restrictive notice or otherwise designated in writing by Ubiquiti Networks as "proprietary".

## 4. Terms and Conditions

a) As agreed upon in the section **2.c** of this Distribution Agreement, Ubiquiti Networks will provide its Distributor with the purchase price list, based upon the company policy and in which both parties agreed. All prices are quoted in US dollars and FOB Hong Kong, or specified by Ubiquiti Networks. Price list will be subject to change with thirty (30) days notice.

b) Purchase order will mean any commitment to purchase Ubiquiti Networks products that calls for shipment to the Distributor. It will also be formalized by the parties in a way that explicitly contains and review Ubiquiti Networks part numbers, quantity, unit cost, and shipping method.

c) Ubiquiti Networks shall invoice DISTRIBUTOR prior to shipment of each order. Such invoices shall be due and payable by DISTRIBUTOR at least thirty (30) days prior to the shipment of the order

d) All Ubiquiti Networks products have one year warranty and all defective Products should be directed to Ubiquiti Networks service center with pre-authorized RMA number. Distributor is responsible for freight charges to Ubiquiti Networks whereas Ubiquiti Networks is responsible for shiping charges back to the Distributor.

## 5. Acceptance of order

a) Ubiquiti Networks shall issue an acceptance of order within three (3) working days, following the receipt of the Purchase Order.

b) All orders are subject to acceptance or rejection by an authorized officer of Ubiquiti Networks Inc.

c) All purchase orders placed by the DISTRIBUTOR and accepted by Ubiquiti Networks are non-cancelable non-returnable (NCNR).

d) DISTRIBUTOR may make a one time PO re-schedule to maximum (30) days of original schedule and notify Ubiquiti Networks within minimum (15) days prior to the date of shipment.

## 6. Terms of Agreement and Termination

2

a) This agreement shall be effective for one (1) year, starting on the signed date of this agreement. This agreement will be automatically renewed from year to year thereafter unless terminated by either party with or without cause upon 30 days written termination notice transmitted to the other party prior to the end of the official term of this Agreement, or any renewal term.

b) Either party may terminate this Agreement upon written notice if (a) the other party has committed a breach of this Agreement and the breach is not capable of remedy; or (b) the other party is accused of committing a crime or illegal act (including, but not limited to, violation of export regulations and laws or anti-bribery laws) or engages in deceptive or fraudulent business practices that could affect the aggrieved party's reputation or business; or

(c) the other party becomes subject to the presentation of a winding up petition, or if a resolution is passed for voluntary or involuntary winding up (except for the purposes of amalgamation or reconstruction) or if such party is unable to pay or suspends payment of its debts as they fall due or has a receiver or administrator appointed over part or all of its assets; or

(d) the other party has committed a material breach of this Agreement and has failed to cure the breach within thirty (30) days (or such lesser grace period as may be provided elsewhere herein) of innocent party's notice (a material breach includes, but is not limited to failure to make payment when due).

(e) the termination, cancellation, or expiration of this Agreement will not prejudice or otherwise affect the rights or liabilities of the parties with respect to Products already sold under this Agreement, or any indebtedness then owing by either party to the other.

## 7. Construction, agreement and litigation

a) This agreement shall be constructed and governed according to the law of the State of California, USA. The forum of any dispute or litigation shall be that of any court located in the state of California.

b) Force Majeure;  The term "Force Majeure" shall be defined to include fires or other casualties or accidents, acts of Goc, shortages of supplies, severe weather conditions, strikes or labor disputes, war or other violence, or any law, order, proclamation, regulation, ordinance, demand or requirement of any governmental agency.

c) A party whose performance is prevented, restricted or interfered with by reason of a Force Majeure condition shall be excused from such performance to the extent of such Force Majeure condition so long as such party provides the other party with prompt written notice describing the Force Majeure condition and immediately continues performance whenever and to the extent such causes are removed.

d) If, due to a Force Majeure condition, the scheduled time of delivery of performance is or will be delayed for more than ninety (30) days after the scheduled date, the party not relying upon the Force Majeure condition may terminate, without liability to the other party, any purchase order or portion thereof covering the delayed Products.

3

In WITNESS WHEREOF, THE PARTIES HERETO have executed this agreement the day and year first above written in multiple counterparts, each of which shall be considered an original.


Ubiquiti Networks Inc.
Name: Ben Moore
Title: VP Business Development
Date: 05/16/08

"Distributor"
Name: William Hsu
Title: President
Date: May 16, 2008

4

# ANNEX I - CONFIDENTIAL

Purchases Order Quote: $50k per order/$150k per quarter
**Unit Price is in US$**

| Model | Description | PO USD |
|---|---|---|
| | **SR71 11N MIMO MINI-PCI RADIO (100 pc)** | $76 |
| SR71A | 11a/b/g/n, 24dBm 3x3 Outdoor | $82 |
| SR71-2 | 11b/g/n, 2.4GHz 27dBm 2x2 Outdoor | $82 |
| SR71-5 | 11a/n, 5GHz, 27dBm 2x2 Outdoor | |
| | | |
| | **ATHEROS BASED INDUSRY LEADING PERFORMANCE MINI-PCI RADIO (100 pc)** | $76 |
| SR2 | AR5213, 400mW, 11b/g 2.4GHz | $76 |
| SR5 | AR5213, 400mW, 11b/g 5GHz | $135 |
| SR4 | 4.9GHz, Part 90Y, 400mW | $110 |
| SR9 | AR5213, 900MHz, 700mW | $76 |
| XR2 | CARRIER CLASS, 600mW 2.4GHz | $110 |
| XR3 | CARRIER CLASS, 400mW 3GHz | $110 |
| XR4 | CARRIER CLASS, 400mW 4.4-4.9GHz | $76 |
| XR5 | CARRIER CLASS, 600mW 5GHz | $110 |
| XR7 | CARRIER CLASS, 400mW 700MHz | $90 |
| XR9 | CARRIER CLASS, 600mW 900MHz | |
| | | |
| | **CLIENT CARD & USB SOLUTIONS (100 pc)** | $82 |
| SRC | AR5213, 300mW, Ext.Antenna a/b/g | $149 |
| SR4C | 4.9GHz, Part 90y, Ext. Antenna, | $82 |
| SRX | 34mm Express, 11a/b/g, Ext. Antenna | $82 |
| SR71C | 11a/b/g/n, 300mW 2x2, Ext. Antenna | $82 |
| SR71USB | 11a/b/g/n, 200mW 2x2, Ext. Antenna | |
| | | |
| | **INDUSTRIAL GRADE AND SYSTEM DEVELOPMENT PLATFORMS (100 pc)** | $89 |
| LS2 | INDUSTRIAL GRADE, 2.4GHz, AirOS | $89 |
| LS5 | INUDSTRIAL GRADE, 5GHz, AirCS | $43 |
| LSX | INDUSTRIAL GRADE, 1mini-PC | $55 |
| Pico | World's smallest Wifi AP Dev. Platform | |
| | | |
| | **WISP SYSTEMS (must be multiple of 20)** | $99 |
| PS2-17D | 2.4GHz, 17dBi, AAP, AirOS | $99 |
| PS2-EXT | 2.4GHz, N-type connector, AirOS | $115 |
| PS5-22V | 5GHZ, 22dBi, Vert. Only, AiroOS | $115 |
| PS5-EXT | 5GHz, N-type connector, AiroOS | $58 |
| NS2 | 2.4GHz, 10dBi, AAP, Ext. Ant., AirOS | $65 |
| NS5 | 5GHz, 14dBi, AAP, Ext. Ant., AirOS | |

5

_Initial stock order of $50k+ will result in distributor listing on ubnt website.  In order to maintain distributor status with Ubiquiti Networks, distributor must maintain level of $150k+ per quarter._

## ANNEX II

Territory.  The term "Territory" shall mean the intended use of products in the geographic area(s) known "All latin American countries".

Exhibit M



# Invoice

91 E. Tasman Drive
San Jose CA 95134-1620
US

| | |
|---|---|
| Date | 9/18/2008 |
| Invoice # | 706987 |
| | |
| Terms | pre-paid |
| Due Date | 9/18/2008 |
| Subsidiary | Ubiquiti Networks, Inc. |
| PO # | UBNT001-08 |
| Sales Rep | Ben A Moore |
| Ship Via | Freight |
| Ship Date | |
| Tracking # | |
| FOB | |
| Department | |
| Project | |

**Bill To**
Kozumi USA Corp.
3005 Hartridge Terrace
Wellington, FL 33414

**Ship To**
Kozumi USA Corp.
3005 Hartridge Terrace
Wellington, FL 33414

| Item | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|
| NS 2 | 3000 | NS2 CPE | 58.00 | 174,000.00 |
| NS5 | 1000 | NS5 CPE | 65.00 | 65,000.00 |
| | | Note: LiteOn invoice checked on 10/13/08 in full | | |

| | | |
|---|---|---|
| **Total** | | $239,000.00 |

Exhibit N

William Hsu   6/7/09

to **Xuelian**, ben.moore

Dear Ben,

Please find payment copy for shipment to Miami. PLS. NOTE WE HAVE CHANGED OUR SHIPPING ADDRESS TO. Pls. update the address on the invoice as well.

**NEW ADDRESS:**

**KOZUMI USA CORP.**

**6960 NW 50th Street,**

**Miami, FL 33166.**

Please ship by UPS Ground using our account number: V44E02

Rgds,

William

Exhibit O

**From:** William Hsu [mailto:william@kozumi-usa.com]
**Sent:** Saturday, June 13, 2009 6:53 PM
**To:** ben.moore@ubnt.com
**Subject:** new order


Dear Ben,


I'm planning to place another order for around 3000 NS2, 3000 NS5, 2000 NSL5 (approximately quantities). We are promoting hard to move your products as you can see on the increase of orders. As you informed us before, your request for master distributor quota is $2,000,000 per year that I believe we can achieve. Therefore I like to discuss with you a more serious partnership that includes:


1)    Listing us as your master distributor.


BM:  Sounds good.  This would need to be for Latin America.  Also, we would have to be make sure the products are displayed well on the website and it is clear that you are distributing our products.  If you can, send me a link to where our products are being displayed now (which websites, etc...).


2)    Offer us financing support so we can continue growing more your product line.


BM:  For financing support, we look for companies to double existing orders with us (increase stock levels).  We start with 50% down and 50% net 30 with increase in orders.


This year we are also opening another new branch in Colombia. Therefore we are now able to cover Argentina, Paraguay and Colombia so we continue sell more quantities. Pls. let me know what you can do to help us become stronger partner.


BM: Sounds great.  Let me know when you have Colombia specific website setup.  We do not currently have a lot of representation in Colombia and would like to see additional growth there.


Rgds,

William Hsu

Exhibit P

William - Kozumi william@kozumi-usa.com 9/14/09

to ben.moore


Ben,


I have a question. I have 7 houses in Miami (all houses are 100% owned without mortgage). If I want to continue pushing quantities I need more credit support. Is there any way you can consider supporting 100% credit terms if we put some of the properties as a collateral? If we are limited to $250K credit then it will be difficult for us to order more than that amount.


William

Exhibit Q

to me □□□□□□
□□□□□
□□□

Dear Ben,
Are you aware about Kozumi products?

Regards
Pushker Tiwari

**From:** GM [mailto:girijesh.mishra@goip.in]  **Sent:** 12 February 2010 13:26  **To:** 'Pushker'  **Subject:** Kozumi
AFO2 Available in Stock Now ...







**Regards,**

**Girijesh Mishra** | National Sales Manager

**GO..IP Global Services Pvt. Ltd**

( ISO 9001:2000 )

206,Bhandari House,

91,Nehru Place

New Delhi – 110018,India

T : +91-11-26443518 / 19

M : +91-9910506766

F :+91-11-26443520

E: girijesh.mishra@goip.in

W:www.goip.in



**AFO2.pdf**

1342K   View   Download