Exhibit R



# Invoice

91 E. Tasman Drive
San Jose CA 95134-1620
US

| | |
|---|---|
| Date | 9/18/2008 |
| Invoice # | 706987 |
| | |
| Terms | pre-paid |
| Due Date | 9/18/2008 |
| Subsidiary | Ubiquiti Networks, Inc. |
| PO # | UBNT001-08 |
| Sales Rep | Ben A Moore |
| Ship Via | Freight |
| Ship Date | |
| Tracking # | |
| FOB | |
| Department | |
| Project | |

**Bill To**
Kozumi USA Corp.
3005 Hartridge Terrace
Wellington, FL 33414

**Ship To**
Kozumi USA Corp.
3005 Hartridge Terrace
Wellington, FL 33414

| Item | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|
| NS 2 | 3000 | NS2 CPE | 58.00 | 174,000.00 |
| NS5 | 1000 | NS5 CPE | 65.00 | 65,000.00 |
| | | Note: LiteOn invoice checked on 10/13/08 in full | | |

| | |
|---|---|
| **Total** | $239,000.00 |



# Invoice

91 E. Tasman Drive
San Jose CA 95134-1620
US

| | |
|---|---|
| **Date** | 1/16/2009 |
| **Invoice #** | 707437 |
| | |
| **Terms** | pre-paid |
| **Due Date** | 1/16/2009 |
| **Subsidiary** | Ubiquiti Networks, Inc. |
| **PO #** | |
| **Sales Rep** | Ben A Moore |
| **Ship Via** | UPS |
| **Ship Date** | |
| **Tracking #** | |
| **FOB** | |
| **Department** | |
| **Project** | |

**Bill To**
Kozumi USA Corp.
3005 Hartridge Terrace
Wellington, FL 33414

**Ship To**
Kozumi USA Corp.
3005 Hartridge Terrace
Wellington, FL 33414

| Item | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|
| XR 2 | 30 | XR2 mini PCI | 76.00 | 2,280.00 |
| XR 5 | 70 | XR5 mini PCI | 76.00 | 5,320.00 |
| Shipping & Handling | 1 | UPS#1Z29X95Y0397016003 | 11.50 | 11.50 |

Thank you for your business.

| | |
|---|---|
| **Total** | $7,611.50 |



# Invoice

91 E. Tasman Drive
San Jose CA 95134-1620
US

| | |
|---|---|
| Date | 1/28/2009 |
| Invoice # | 707486 |
| | |
| Terms | pre-paid |
| Due Date | 1/28/2009 |
| Subsidiary | Ubiquiti Networks, Inc. |
| PO # | |
| Sales Rep | Ben A Moore |
| Ship Via | Freight |
| Ship Date | |
| Tracking # | |
| FOB | |
| Department | |
| Project | |

**Bill To**
Kozumi USA Corp.
3005 Hartridge Terrace
Wellington, FL 33414

**Ship To**
Kozumi USA Corp.
3005 Hartridge Terrace
Wellington, FL 33414

| Item | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|
| NS5 | 1500 | NS5 CPE | 65.00 | 97,500.00 |

Thank you for your business.

**Total**    $97,500.00



# Commercial Invoice

91 E. Tasman Drive
San Jose CA 95134-1620
US

Tax ID# 32-0097377

| | |
|---|---|
| **Date** | 1/30/2009 |
| **Invoice #** | US0900004 |
| | |
| **Terms** | pre-paid |
| **Due Date** | 1/30/2009 |
| **PO #** | |
| **Memo** | LiteOn invoice checked |
| **Ship Via** | |
| **Ship Date** | 1/30/2009 |
| **Tracking #** | |
| **Shipping Method** | |

**Bill To**
Kozumi USA Corp.
3005 Hartridge Terrace
Wellington, FL 33414
United States

**Ship To**
Syntronic S.A
California 2082 D-104
Buenos Aires
Argentina

| Item | Quantity | Description | Unit Price | Amount | HTS Code |
|---|---|---|---|---|---|
| Loco5 | 500 | NanoStation5 Loco CPE—no P/A | 47.00 | 23,500.00 | |
| Bullet2 | 250 | Bullet2 CPE | 28.00 | 7,000.00 | |
| Bullet5 | 500 | Bullet5 CPE | 45.00 | 22,500.00 | |
| NS2 | 200 | NanoStation2 CPE—no P/A | 56.00 | 11,200.00 | |
| NS5 | 500 | NanoStation5 CPE—no P/A | 63.00 | 31,500.00 | |

Please provide Shipping Carrier Information or additional payment will be invoiced
for shipment. Thanks!

**Total (USD)**     $95,700.00

Bank Wire Instructions
Bank Name and Address: Citibank FSB
            12948 Saratoga Sunnyvale Road,
            Saratoga, CA 95070   U.S.A.
Account Name: Ubiquiti Networks
Account #: 201670551
Routing #: 321171184
SWIFT: CITIUS33

Products provided by Ubiquiti Networks are subject to U.S. export control laws and regulations, including the Export Administration Regulations, and shipped in accordance with these regulations.
Pursuant to U.S. law, these products may not be exported, re-exported, shipped to, sold in or otherwise used in or sent to countries, end-users or end-uses prohibited by U.S. law absent written
approval by the U.S. Government.

All sales are FOB manufacturer / EXW manufacturer. Buyer assumes all risk of loss or damages upon receipt of product by Buyer or Buyer's carrier. These terms and conditions supersede the terms
and conditions of Buyer's purchase order, acceptance acknowledgement, or other document.

### Thanks for your Business !!

# UBIQUITI NETWORKS

# Commercial Invoice

91 E. Tasman Drive
San Jose CA 95134-1620
US

Tax ID# 32-0097377

| | |
|---|---|
| **Date** | 4/9/2009 |
| **Invoice #** | US0900320 |
| **Terms** | pre-paid |
| **Due Date** | 4/9/2009 |
| **PO #** | |
| **PI #** | Sales Order #US090159 |
| **Memo** | |
| **Ship Via** | |
| **Ship Date** | 4/9/2009 |
| **Tracking #** | 1z29x95y0398299260 |
| **Shipping Method** | |

**Bill To**
Kozumi USA Corp.
2954 NW 72nd Ave
Miami FL 33122

**Ship To**
Kozumi USA Corp.
2954 NW 72nd Ave
Miami FL 33122

| Item | Quantity | Description | Unit Price | Amount | HTS Code |
|------|----------|-------------|------------|--------|----------|
| XR2 | 100 | XR2 mini PCI PCBA | 76.00 | 7,600.00 | |
| XR5 | 200 | XR5 mini PCI PCBA | 76.00 | 15,200.00 | |
| XR9 | 100 | XR9 mini PCI PCBA | 90.00 | 9,000.00 | |

Please provide Shipping Carrier Information or additional payment will be invoiced
for shipment. Thanks!

**Total (USD)**     $31,800.00

Bank Wire Instructions
Bank Name and Address: Citibank FSB
        12948 Saratoga Sunnyvale Road,
        Saratoga, CA 95070   U.S.A.
Account Name: Ubiquiti Networks
Account #: 201670551
Routing #: 321171184
SWIFT: CITIUS33

Products provided by Ubiquiti Networks are subject to U.S. export control laws and regulations, including the Export Administration Regulations, and shipped in accordance with these regulations. Pursuant to U.S. law, these products may not be exported, re-exported, shipped to, sold in or otherwise used in or sent to countries, end-users or end-uses prohibited by U.S. law absent written approval by the U.S. Government.

All sales are FOB manufacturer / EXW manufacturer. Buyer assumes all risk of loss or damages upon receipt of product by Buyer or Buyer's carrier. These terms and conditions supersede the terms and conditions of Buyer's purchase order, acceptance acknowledgement, or other document.

## Thanks for your Business !!



# Commercial Invoice

| | |
|---|---|
| Date | 4/30/2009 |
| Invoice # | US0900434 |
| | |
| Terms | pre-paid |
| Due Date | 4/30/2009 |
| PO # | William - Email |
| PI # | Sales Order #US090165 |
| Memo | |
| Ship Via | |
| Ship Date | 4/30/2009 |
| Tracking # | |
| Shipping Method | |

Ubiquiti Networks International Ltd.
91 E. Tasman Drive
San Jose, CA 95134
United States

**Bill To**
Kozumi USA Corp.
3005 Hartridge Terrace
Wellington, FL 33414
United States

**Ship To**
WORDING S.R.L
AV. TTE IBANEZ ROJAS C/ ROJAS SILVA
ACARAY, MI-KM 3 ½ BARRIO PABLO RO...
CIUDAD DEL ESTE
Paraguay

| Item | Quantity | Description | Unit Price | Amount | HTS Code |
|---|---|---|---|---|---|
| Loco5 | 2000 | NanoStation5 Loco CPE | 49.00 | 98,000.00 | |
| Bullet5 | 500 | Bullet5 CPE | 45.00 | 22,500.00 | |

Please provide Shipping Carrier Information or additional payment will be invoiced
for shipment. Thanks!

**Total (USD)**   $120,500.00

Bank Wire Instructions:
Bank Name: CITIBANK, N.A., HONG KONG BRANCH
Bank Address: CITIBANK TOWER / CITIBANK PLAZA: 3, GARDEN ROAD
HONG KONG, HONG KONG
Account Name: UBIQUITI NETWORKS INTERNATIONAL LIMITED
Account Number : 1151980011
Swift Code: CITIHKHX

Products provided by Ubiquiti Networks are subject to U.S. export control laws and regulations, including the Export Administration Regulations, and shipped in accordance with these regulations. Pursuant to U.S. law, these products may not be exported, re-exported, shipped to, sold in or otherwise used in or sent to countries, end-users or end-uses prohibited by U.S. law absent written approval by the U.S. Government.

Buyer assumes all risk of loss or damages upon receipt of product by Buyer or Buyer's carrier. These terms and conditions supersede the terms and conditions of Buyer's purchase order, acceptance acknowledgement, or other document.

**Thanks for your Business !!**



# Commercial Invoice

| | |
|---|---|
| Date | 4/30/2009 |
| Invoice # | US0900433 |
| | |
| Terms | pre-paid |
| Due Date | 4/30/2009 |
| PO # | William - Email |
| PI # | Sales Order #US090132 |
| Memo | |
| Ship Via | |
| Ship Date | 4/30/2009 |
| Tracking # | |
| Shipping Method | |

Ubiquiti Networks International Ltd.
91 E. Tasman Drive
San Jose, CA 95134
United States

**Bill To**
Kozumi USA Corp.
3005 Hartridge Terrace
Wellington, FL 33414
United States

**Ship To**
WORDING S.R.L
AV. TTE IBANEZ ROJAS C/ ROJAS SILVA
ACARAY, MI-KM 3 ½ BARRIO PABLO RO...
CIUDAD DEL ESTE
Paraguay

| Item | Quantity | Description | Unit Price | Amount | HTS Code |
|---|---|---|---|---|---|
| Loco5 | 2000 | NanoStation5 Loco CPE | 49.00 | 98,000.00 | |

Please provide Shipping Carrier Information or additional payment will be invoiced
for shipment. Thanks!

| | |
|---|---|
| **Total (USD)** | **$98,000.00** |

Bank Wire Instructions:
Bank Name: CITIBANK, N.A., HONG KONG BRANCH
Bank Address: CITIBANK TOWER / CITIBANK PLAZA: 3, GARDEN ROAD
HONG KONG, HONG KONG
Account Name: UBIQUITI NETWORKS INTERNATIONAL LIMITED
Account Number : 1151980011
Swift Code: CITIHKHX

Products provided by Ubiquiti Networks are subject to U.S. export control laws and regulations, including the Export Administration Regulations, and shipped in accordance with these regulations.
Pursuant to U.S. law, these products may not be exported, re-exported, shipped to, sold in or otherwise used in or sent to countries, end-users or end-uses prohibited by U.S. law absent written
approval by the U.S. Government.

Buyer assumes all risk of loss or damages upon receipt of product by Buyer or Buyer's carrier. These terms and conditions supersede the terms and conditions of Buyer's purchase order, acceptance
acknowledgement, or other document.

**Thanks for your Business !!**



# Commercial Invoice

| | |
|---|---|
| Date | 6/25/2009 |
| Invoice # | US0900810 |

| | |
|---|---|
| Terms | pre-paid |
| PO # | William - Email |
| Memo | NO POE - Special prici... |
| FOB | |
| Ship Via | |
| Ship Date | 6/30/2009 |
| PI# | US090229 |

**Bill To**
Kozumi USA Corp.
2954 NW 72nd Ave
Miami FL 33122

**Ship To**
Syntronic S.A
California 2082 D-104
Buenos Aires
Argentina

| Item | Quantity | Description | Unit Price | Amount | HTS Code |
|---|---|---|---|---|---|
| Loco5 | 2130 | NanoStation5 Loco CPE - NO POE | 46.00 | 97,980.00 | |
| NS5 | 2000 | NanoStation5 CPE - NO POE | 62.00 | 124,000.00 | |
| NS2 | 2000 | NanoStation2 CPE - NO POE | 55.00 | 110,000.00 | |

Please provide shipping carrier information or additional payment will be invoiced
for shipment. Thanks!

| | |
|---|---|
| **Total (USD)** | $331,980.00 |

Bank Wire Instructions:
Bank Name: CITIBANK, N.A., HONG KONG BRANCH
Bank Address: CITIBANK TOWER / CITIBANK PLAZA: 3, GARDEN ROAD
HONG KONG, HONG KONG
Account Name: UBIQUITI NETWORKS INTERNATIONAL LIMITED
Account Number : 1151980011
Swift Code: CITIHKHX

Products provided by Ubiquiti Networks are subject to U.S. export control laws and regulations, including the Export Administration Regulations, and shipped in accordance with these regulations. Pursuant to U.S. law, these products may not be exported, re-exported, shipped to, sold in or otherwise used in or sent to countries, end-users and end-uses prohibited by U.S. law absent written approval by the U.S. Government.

**We appreciate your Business!!**

# UBIQUITI NETWORKS

## Commercial Invoice

| | |
|---|---|
| Date | 6/8/2009 |
| Invoice # | HK0900051 |
| | |
| Tax Id | |
| Terms | pre-paid |
| Due Date | 6/8/2009 |
| PO # | William - Email |
| PI # | Sales Order #HK090079 |
| Memo | |
| Ship Via | |
| Ship Date | 6/8/2009 |
| Tracking # | 1z29x95y0394233408 |
| Shipping Method | |

Ubiquiti Networks International Ltd.
91 E. Tasman Drive
San Jose, CA 95134
United States

**Bill To**
William
Kozumi USA Corp.
6960 NW 50th Street,
Miami FL 33166

**Ship To**
Kozumi USA Corp.
6960 NW 50th Street,
Miami FL 33166

| Item | Quantity | Description | Unit Price | Amount | HTS Code |
|------|----------|-------------|------------|--------|----------|
| XR2 | 100 | XR2 mini PCI PCBA | 76.00 | 7,600.00 | 8529.90.2200 |
| XR5 | 200 | XR5 mini PCI PCBA | 76.00 | 15,200.00 | 8529.90.2200 |

Please provide Shipping Carrier Information or additional payment will be invoiced
for shipment. Thanks!

**Total (USD)**    $22,800.00

Bank Wire Instructions:
Bank Name: CITIBANK, N.A., HONG KONG BRANCH
Bank Address: CITIBANK TOWER / CITIBANK PLAZA: 3, GARDEN ROAD
HONG KONG, HONG KONG
Account Name: UBIQUITI NETWORKS INTERNATIONAL LIMITED
Account Number : 1151980011
Swift Code: CITIHKHX

Products provided by Ubiquiti Networks are subject to U.S. export control laws and regulations, including the Export Administration Regulations, and  shipped in accordance with these regulations.
Pursuant to U.S. law, these products may not be exported, re-exported, shipped to, sold in or otherwise used in or sent to countries, end-users or end-uses prohibited by U.S. law absent written
approval by the U.S. Government.

Buyer assumes all risk of loss or damages upon receipt of product by Buyer or Buyer's carrier. These terms and conditions supersede the terms and conditions of Buyer's purchase order, acceptance
acknowledgement, or other document.

**Thanks for your Business !!**

# UBIQUITI NETWORKS

# Commercial Invoice

Ubiquiti Networks International Limited
18/F, Edinburgh Tower
The Landmark
15 Queen's Road Central
Hong Kong
www.ubnt.com

| | |
|---|---|
| **Date** | 8/24/2009 |
| **Invoice #** | HK0907096 |
| | |
| **Terms** | pre-paid |
| **Due Date** | 8/24/2009 |
| **PO #** | William - Email |
| **PI #** | Sales Order #HK090246 |
| **Memo** | Sea/NO POE/CORD - ... |
| **Ship Via** | |
| **Ship Date** | 8/25/2009 |
| **Tracking #** | |
| **Shipping Method** | |

**Bill To**
William
Kozumi USA Corp.
6960 NW 50th Street,
Miami FL 33166

**Ship To**
Syntronic S.A.
California 2082 1° Piso Of. D-104
Capital Federal
Buenos Aires
Argentina

| Item | Quantity | Description | HTS Code | Unit Price | Amount |
|---|---|---|---|---|---|
| NS5 | 2000 | NanoStation5 CPE - NO POE /POWER CORD | 8517.69.0000 | 62.00 | 124,000.00 |
| Loco5 | 1000 | NanoStation5 Loco CPE - NO POE/POWER CORD | 8517.69.0000 | 46.00 | 46,000.00 |
| NS2 | 1500 | NanoStation2 CPE - nO POE/POWER CORD | 8517.69.0000 | 55.00 | 82,500.00 |
| Bullet2 | 500 | Bullet2 CPE | 8517.69.0000 | 28.00 | 14,000.00 |

Please provide Shipping Carrier Information or additional payment will be invoiced
for shipment. Thanks!

| | |
|---|---|
| **Total (USD)** | $266,500.00 |
| **Amount Paid** | 266,500.00 |

Bank Wire Instructions:
Bank Name: CITIBANK, N.A., HONG KONG BRANCH
Bank Address: CITIBANK TOWER / CITIBANK PLAZA: 3, GARDEN ROAD
HONG KONG, HONG KONG
Account Name: UBIQUITI NETWORKS INTERNATIONAL LIMITED
Account Number : 1151980011
Swift Code: CITIHKHX

Products provided by Ubiquiti Networks are subject to U.S. export control laws and regulations, including the Export Administration Regulations, and shipped in accordance with these regulations. Pursuant to U.S. law, these products may not be exported, re-exported, shipped to, sold in or otherwise used in or sent to countries, end-users or end-uses prohibited by U.S. law absent written approval by the U.S. Government.

Buyer assumes all risk of loss or damages upon receipt of product by Buyer or Buyer's carrier. These terms and conditions supersede the terms and conditions of Buyer's purchase order, acceptance acknowledgement, or other document.

**Thanks for your Business !!**

# UBIQUITI
### NETWORKS

# Commercial Invoice

Ubiquiti Networks International Ltd./GME
#A 19. Wetren Industrial Area, Tantou Village, Songgang Town
Shenzhen City
P.R. China

| | |
|---|---|
| **Date** | 8/25/2009 |
| **Invoice #** | HK0907098 |
| | |
| **PO #** | William - Email |
| **Memo** | Sea/NO POE/Cord incl... |
| **FOB** | |
| **Ship Via** | |
| **Ship Date** | 8/26/2009 |
| **Tracking #** | |
| **PI#** | HK090245-2 |

**Bill To**
William
Kozumi USA Corp.
6960 NW 50th Street,
Miami FL 33166

**Ship To**
Redemax S.A.
Rubio Nu C/Ad. Jara, Ed.
Continental Piso 9 of 904
Ciudad Del Este
Paraguay

| Item | Quantity | Description | Unit Price | Amount | HTS Code |
|---|---|---|---|---|---|
| POE-15-12W(EU) | 3000 | POE 15V EU Version | 3.00 | 9,000.00 | |

Please provide Shipping Carrier Information or additional payment will be invoiced
for shipment. Thanks!

**Total (USD)**        $9,000.00

Bank Wire Instructions:
Bank Name: CITIBANK, N.A., HONG KONG BRANCH
Bank Address: CITIBANK TOWER / CITIBANK PLAZA: 3, GARDEN ROAD
HONG KONG, HONG KONG
Account Name: UBIQUITI NETWORKS INTERNATIONAL LIMITED
Account Number : 1151980011
Swift Code: CITIHKHX

Products provided by Ubiquiti Networks are subject to U.S. export control laws and regulations, including the Export Administration Regulations, and shipped in accordance with these regulations. Pursuant to U.S. law, these products may not be exported, re-exported, shipped to, sold in or otherwise used in or sent to countries, end-users or end-uses prohibited by U.S. law absent written approval by the U.S. Government.

### Thanks for your Business !!



# Commercial Invoice

Ubiquiti Networks International Limited
18/F, Edinburgh Tower
The Landmark
15 Queen's Road Central
Hong Kong
www.ubnt.com

| | |
|---|---|
| **Date** | 8/25/2009 |
| **Invoice #** | HK0907097 |
| | |
| **Terms** | pre-paid |
| **Due Date** | 8/25/2009 |
| **PO #** | William - Email |
| **PI #** | Sales Order #HK090245 |
| **Memo** | Sea/NO POE/Cord incl... |
| **Ship Via** | |
| **Ship Date** | 8/26/2009 |
| **Tracking #** | |
| **Shipping Method** | |

**Bill To**
William
Kozumi USA Corp.
6960 NW 50th Street,
Miami FL 33166

**Ship To**
Redemax S.A.
Rubio Nu C/Ad. Jara, Ed.
Continental Piso 9 of 904
Ciudad Del Este
Paraguay

| Item | Quantity | Description | HTS Code | Unit Price | Amount |
|---|---|---|---|---|---|
| NS5(EU) | 1000 | NanoStation5 CPE EU Version | 8517.69.0000 | 62.00 | 62,000.00 |
| Loco5(EU) | 500 | NanoStation5 Loco CPE EU Version | 8517.69.0000 | 46.00 | 23,000.00 |
| NS2(EU) | 1500 | NanoStation2 CPE EU Version - NO POE/CORD | 8517.69.0000 | 55.00 | 82,500.00 |
| POE-15-12W(EU) | 0 | POE 15V EU Version | | 3.00 | 0.00 |

Please provide Shipping Carrier Information or additional payment will be invoiced for shipment. Thanks!

| | |
|---|---|
| **Total (USD)** | $167,500.00 |
| **Amount Paid** | 167,500.00 |

Bank Wire Instructions:
Bank Name: CITIBANK, N.A., HONG KONG BRANCH
Bank Address: CITIBANK TOWER / CITIBANK PLAZA: 3, GARDEN ROAD
HONG KONG, HONG KONG
Account Name: UBIQUITI NETWORKS INTERNATIONAL LIMITED
Account Number : 1151980011
Swift Code: CITIHKHX

Products provided by Ubiquiti Networks are subject to U.S. export control laws and regulations, including the Export Administration Regulations, and shipped in accordance with these regulations. Pursuant to U.S. law, these products may not be exported, re-exported, shipped to, sold in or otherwise used in or sent to countries, end-users or end-uses prohibited by U.S. law absent written approval by the U.S. Government.

Buyer assumes all risk of loss or damages upon receipt of product by Buyer or Buyer's carrier. These terms and conditions supersede the terms and conditions of Buyer's purchase order, acceptance acknowledgement, or other document.

**Thanks for your Business !!**

Exhibit S

Asim Sajwani asim@xconcepts-me.com ^3/13/10

to William, Bassma

Hi William,

Unfortunately we're not allowed to sell outside our territories and also goods supplied by them and not even enough for our territories.

Also I dun want any problems with UBNT at all cause that is one of our Primary brand. We are known more as Ubiquiti worldwide so dun wanna spoil that also ☺

Also we have been getting emails from our clients in Iraq and Iran that shape of your devices looks like M Series a lot so most of our resellers have returned devices to us. I have not paid attention to that but this is a big problem cause it was one the main reason we have to stop Engenius also. My advice for future will be to change designs so that we have no conflicts. Also we have some copy rights issue cause our resellers are registering products in their territory so they are getting angry with us.

We'll be dropping outdoor products for now till this issue is sorted out.

Also my sales team has complained the same that products look exactly the same and it's sort of un-ethical for us. I respect your brand but we have 4 primary brands and we protect them cause they've supported us from the start.

Hope you'll understand.

Thanks,

Asim

**From:** William - Kozumi [mailto:william@kozumi-usa.com]
**Sent:** Thursday, March 11, 2010 4:39 PM
**To:** 'Asim Sajwani'
**Subject:** RE: Ubiquity product

Dear Asim,

   We want to ship to final destination Paraguay. Can you check for me if you have any forwarder that can ship to port of Asuncion or port of Montevideo? Also please let me know the prices.

Rgds,

William

**From:** Asim Sajwani [mailto:asim@xconcepts-me.com]
**Sent:** Thursday, March 11, 2010 3:03 AM
**To:** 'William - Kozumi '
**Subject:** RE: Ubiquity product

Hi William,

Yes... Which country we need to ship??

Asim

**From:** William - Kozumi [mailto:william@kozumi-usa.com]
**Sent:** Wednesday, March 10, 2010 5:48 PM
**To:** 'Asim Sajwani'
**Subject:** FW: Ubiquity product

Hi Asim,

The connection on the phone was terrible. I just wanted to confirm if you have received my email for Ubiquity business?

**From:** William - Kozumi [mailto:william@kozumi-usa.com]
**Sent:** Tuesday, March 09, 2010 9:49 PM
**To:** 'Asim Sajwani'
**Subject:** Ubiquity product

Hi Asim,

I wanted to follow up the conversation I had with you regarding the possibilities to purchase some Nano5M and Loco5 from you. Can you send me your best price FOB Dubai for these items?

**image001.jpg**
11K   View   Download

Exhibit T

+You   Mail   Calendar   Documents   Sites   Video   More

steve shaw, hsu

## Mail

Move to Inbox                      More

COMPOSE

Inbox
Important
Sent Mail
**Drafts (7)**
Spam
Trash

Gmail Personal
Junk E-mail
Notes
**Searchable (200)**
More

Chat

Search people...

Ben Moore
Set status he
Call phone
Brittany Cardenas
Claire Liu
Gary Schulz
Chicago Design Ce...
Huan Vu
Jennifer Sanchez
Matt Hardy
Away
Patrick Jabbaz
Paul Helm
Sean Deorsey

BusinessWeek.com -- Top News - Happy Europe Day! Well, Not in Greece - 2 days ago

### William Hsu

**Ben Moore**                                                                                              5/7/10

Hi Steve,

Do you know William Hsu?  Is he working with your company?

Thanks,
Ben

**NETCOM WISP** purchase@netcom-wisp.com                                                     5/7/10

Hi Ben,

Yes I know William Hsu. He is the ex Kozumi Branch Manager in Miami. Now he is independent IPO in Taiwan and he help us source some accessories in China (pigtails, cases, etc.) In fact he introduced Ubiquiti to us ☺.

Best regards,
Steve Shaw

**From:** Ben Moore [mailto:ben.moore@ubnt.com]
**Sent:** Friday, May 07, 2010 11:58 AM
**To:** 'NETCOM WISP'
**Subject:** William Hsu

Exhibit U

to me, robert
☐☐☐


FYI

Thank you

Dimitrios Sidiropoulos
http://www.aerial.net

----- Forwarded Message -----
From: "TJ - Kozumi" <tj@kozumi-usa.com>
To: iron@vernet.gr, sales@aerial.net
Sent: Thursday, May 27, 2010 5:09:19 PM GMT +02:00 Athens, Beirut,
Bucharest, Istanbul
Subject: Kozumi - manufacturer of networking products and WISP
solutions


Dear Dimitrios,


My name is TJ and I am the sales manager at Kozumi. Kozumi is looking
for a distributor with good market presence that will work hand-in-hand with
us to open new doors in Greece, please see the following for more on our
company and our range of products:

About Kozumi
Kozumi is one of the world's leading manufacturers of networking products
with over 10 years of experience, offering a wide range of networking
solutions to the worldwide market.

With its corporate headquarters in Miami, USA and state-of-the-art
factories located in Taiwan and China, Kozumi has over 10 years of
experience supplying to a large and diverse customers base all over the
world.

We are currently one of the top 3 networking brands in the Latin American market with branch offices in Argentina, Colombia, Peru and Paraguay. Kozumi distributes throughout Latin America, Asia and Middle East and we are now seeking to expand our export markets across Europe.

Please visit our website www.kozumi-usa.com to browse our complete range of products.

Thank you for your time in reading this e-mail, I look forward to hearing from you soon and hope to establish business ties with your company.

I'm also sending you a product summary and a router comparison table which I think you'll find informative.

Kind regards,

TJ

T. J. TSAI

KOZUMI
Av. Cataluña 114 4º B
50014 Zaragoza
SPAIN
Tel: +34 976 47 94 58
Mobile: +34 627 11 24 52
E-mail: tj@kozumi-usa.com
www.kozumi-usa.com


**3 attachments** — Download all attachments



**AFO2-Lite-5.jpg**
529K   View   Download

**KOZUMI 2010 - ENG.pdf**
1661K   View   Download
**Router Comparison Table K-1500NR.pdf**
99K   View   Download

Exhibit V

+You   Mail   Calendar   Documents   Sites   Video   More

## Mail

federico, kozumi

Move to Inbox                    More

COMPOSE

BusinessWeek.com -- Top News - Yes, Germany Might Boost Inflation. Here's How - 6 hours ago

**Inbox (1)**
Important
Sent Mail
**Drafts (7)**
Spam
Trash

### Tengo un caso que no se si podemos hacer algo

Gmail Personal
Junk E-mail
Notes
Searchable (200)
More

**Chat**

Search people...

Ben Moore
Set status he
Call phone
Brittany Cardenas
Claire Liu
Gary Schulz
Chicago Design Ce...
Huan Vu
Jennifer Sanchez
Kevin Perry
Matt Hardy
Away
Paul Helm
Sean Deorsey

**Federico Sanguinetti**                                                        1/19/11

Spanish        English        Translate message                          Turn off for: Spanis

Tengo una competencia que vende Ubiquiti, no mucho pero a precios muy bajos, hoy no molesta pero podría crecer. Traen Nanos y Locos pero les cambi
las etiquetas y les ponen nombre Kozumi con lo cual pagan muchos menos de impuestos y además les cambian la Poe-15. Esto genera una confusión que hace qu
algunos que no están muy informados supongan que Kozumi desarrolló un producto similar a menor precio de mercado. Creés que Ubiquiti puede hacer algo ? La
verdad yo no quiero proceder por mis propios medios porque no creo tener autoridad y supongo después vendrían represalias de el hacia nosotros, que podrían
perjudicarme aún mas.

Quisiera ver de que manera podemos proteger nuestro negocio y nuestra marca de este tipo de ataques.

Un abrazo

**Ben Moore**                                                                   1/19/11

Hi Federico,

Can you find out where this company is purchasing from?  Would be happy to
get this stopped.  The Kozumi guys have been doing all sorts of sneaky
stuff.

If we can find out where it is coming from, I can contact the distributor
selling to them and telling them to cut off shipments.

Regards,
Ben

**Federico Sanguinetti**                                                        1/19/11



# TRANSPERFECT

CERTIFICATION OF TRANSLATION

I, Sean Moran, hereby certify that the attached Spanish to English translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original documents to the best of our ability. The following documents are included in this certification:

Ex. V Moore
Ex. W Moore
Ex. X Moore
William – letter3

_____
Signature

Sworn to before me this

_____

_____
Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4 2014

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM

OFFICES IN 75 CITIES WORLDWIDE

5/10/12 5:42 PM

+You  Mail  Calendar  Documents  Sites  Video  More

federico, kozumi

Mail

Move to Inbox          More

COMPOSE          BusinessWeek.com — Top News - Yes, Germany Might Boost Inflation. Here's How - 8 hours ago

COMPOSE

**I have a situation that I don't know if we can do anything about**

Inbox (1)
Important         Federico Sanguinetti                                    1/19/11
Sent Mail
Drafts (7)         Spanish        English       Translate message                  Turn off for: Spanish
Spam
Trash
Gmail Personal         I have a competitor who sells Ubiquiti, not a lot but at very low prices, it does not matter right now
Junk E-mail      but he could grow. They are bringing Nanos and Locos but they change the labels to the name Kozumi for
Notes            which they pay much lower taxes and they also change the Poe-15. This is generating confusion among some
Searchable (200)   people who believe Kozumi is developing a similar product at a lower market price. Do you think Ubiquiti can
More             do anything? The truth is I do not want to proceed with my own means because I do not think I have the
                 authority and I suppose there will later be retaliation from them towards us, which could go against me even
Chat             further.

Search people...   I would like to know how we can protect our business and our brand against this type of attack.

Ben Moore        Regards,
Set status he
Call phone
Brittany Cardenas       Ben Moore                                          1/19/11
Claire Liu
Gary Schulz        Hi Federico,
Chicago Design Ce  Can you find out where this company is purchasing from? Would be happy to
Huan Vu          get this stopped. The Kozumi guys have been doing all sorts of sneaky
Jennifer Sanchez   stuff.
Kevin Perry
Matt Hardy        If we can find out where it is coming from, I can contact the distributor
Away             selling to them and telling them to cut off shipments.
Paul Heim        Regards,
Sean Dearsey     Ben


                  Federico Sanguinetti                                    1/19/11

Exhibit W

2011/3/4 Sebastian Tabellione - Microcom Argentina
SA <s.tabellione@microcom.com.ar>
**Estimado Ben,**

Te escribo para consultarte si uds han realizado algún tipo de acuerdo con
la gente de KOZUMI (William Hsu).
Están comercializando equipos UBNT con la marca KOZUMI y esto está
causando un gran desprestigio de la marca. (UBNT)

Al mismo tiempo están ingresando la mercadería en forma irregular
(Subfacturación) por lo que pagan mucho menos impuestos. De esta
forma venden los productos a precios muy inferiores a los que podemos
lograr los distribuidores y esto nos trae muchos perjuicios económicos.

Te adjunto una planilla de importación de la firma SYNTRONIC, de
productos UBNT para que veas cuales son los precios que ellos declaran
de los productos y también te remarco los impuestos que DEJAN DE
PAGAR logrando de esa manera disminuir sensiblemente los costos.

Estimo que no les están comprando los productos a uds en forma directa,
por lo que hablamos cuando estuvimos en San Jose, pero de alguna
manera están logrando conseguir los mismos…

Saludos

━━ ■ ■ MICROCOM ━━━━━━━━━━━━━━━━━━
**Lic. Sebastian Tabellione**
Gerente de Productos
Microcom Argentina SA

_____ Information from ESET NOD32 Antivirus, version of virus
signature database 5925 (20110304) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com



**TRANSPERFECT**

CERTIFICATION OF TRANSLATION

I, Sean Moran, hereby certify that the attached <u>Spanish</u> to <u>English</u> translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original documents to the best of our ability. The following documents are included in this certification:

Ex. V Moore
Ex. W Moore
Ex. X Moore
William – letter3

Signature

Sworn to before me this

_____

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4 2014

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 75 CITIES WORLDWIDE

3/4/2011 Sebastian Tabellione - Microcom Argentina
SA <s.tabellione@microcom.com.ar>

**Dear Ben,**
I am writing to ask you if you have made any kind of agreement with the people from
KOZUMI (William Hsu).
They are commercializing UBNT equipment under the KOZUMI brand and this is causing
huge discredit to the brand. (UBNT)

In addition they are introducing the products in an irregular way (sub-invoicing) meaning
they pay a lot less taxes. This means they can sell the products at a much lower rate than us to
the distributors, which has a huge impact on us financially.

I attach an import financial sheet of SYNTRONIC, of UBNT products so you can see the
prices they put on these products and I also indicate the taxes THEY DON'T PAY meaning
they can significantly lower the costs.

I don't believe they are purchasing the products from you directly, which I spoke to you
about when we were in San Jose, but somehow they are still achieving it…

Regards,

**▬▬▐█▐█MICROCOM▬**
**Lic. Sebastian Tabellione**
Product Manager
Microcom Argentina SA


_____ Information from ESET NOD32 Antivirus, version of virus
signature database 5925 (20110304) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

Exhibit X

---------- Forwarded message ----------
From: **Federico Sanguinetti** <fsanguinetti@laufquen.net.ar>
Date: 2012/3/20
Subject: Ya se la agarró conmigo y con Wireless Tigre, no te parece hacer algún informe oficial de Ubi y
que se lo envíen directamente Uds. a los clientes?
To: Ben Moore <ben.moore@ubnt.com>


Chicos,

Voy a aclarar de una vez por todas los rumores de que estamos
falsificando Ubiquiti.

1) El agente de Ubiquiti publico en Brasil en el forum que es muy
posible que Kozumi este vendiendo mercadería falsificado. Lean todos
los comentarios del forum. El 90% critico fuertemente a Ubiquiti por
haber anunciado una noticia acusandome sin poder proveer ninguna prueba
al respecto. Muchos preguntaron como se puede identificar lo verdadero
con falso lo único que pueden decir es fijense en la fuente que viene
con etiqueta marca Kozumi. Porque ellos pensaron de que esa etiqueta en
el POE como tiene Kozumi es falsificado. Lo que no saben que nosotros
homologamos esa fuente como Kozumi porque Ubiquiti no nos quiere vender
nada directo. Imaginen quien puede ser tan estupido de quierer
falsificar un producto sin embargo en la etiqueta de la fuente coloca
otra marca?

2) Yo compro Ubiquiti por todos lados, China, Europa, EEUU adonde pueda
eso siempre fue lo que hicimos porque Ubiquiti no nos vende ya que los
distribuidores en Argentina están todos en contra desde que entramos en
el mercado. Porque no nos vende? Porque nosotros antes vendíamos
nuestros propios CPE el AFO5 que Ubiquiti considera eso como un plagio.
Por eso me consideran como competencia de ellos.

3) Con respecto a esa foto y esa noticia. Ahí se nota claramente que se
hizo un "show". La historia es que Ubiquiti se peleo con su fabricante
OEM en China. Esa fabrica diseño mucha parte de lo productos de
Ubiquiti. Por la cual esa fabrica tiene patentes registrados que
Ubiquiti no tiene. Después que se pelearon esa fabrica decidió continuar
vendiendo Ubiquiti y Ubiquiti soborno a ese policía para que lo
clausuren. Gastaron mas de 1 millón de USD para pagar a ese policía
(ese tipo ahora esta suspendido bajo investigación de aceptar coimas de
Ubiquiti). Se definió que la fabrica tiene derechos legales de fabricar
y después de 1 semana continua fabricando normalmente. Ubiquiti no
puede hacer nada al respecto. Lo único que pueden hacer es salir a
soltar esos rumores. Pero fijense porque no pueden proveer una prueba
concreta? Aldo y Laufquen están pasando rumores pero donde están las
pruebas de lo que vendemos no es original? Por acaso lo que vendimos
hubo problemas de RMA o hubo alguna diferencia en el desempeño del
producto? Todo lo que vendemos es 100% igual. Yo hasta ahora me quede
tranquilo no quise hacer mucho ruido con respecto a los rumores porque
no quiero meterme a discutir con ellos. Ellos saben muy bien que no
tienen como comprobar nada de lo que dicen.

4) Ahora imaginen. Kozumi es una empresa americana. Ubiquiti también, si ellos realmente tienen prueba de que yo estoy falsificando sus productos porque no me denunciaron en EEUU? Al en vez de estar escribiendo notas en el forum porque no tomaron ninguna acción legal? La realidad es porque no tienen como comprobar y aparte legalmente no tienen como decir que lo que vendemos no es original. Lo que pueden decir es que no somos el canal oficial, pero todo lo que compramos y lo que compran los otros mayoristas salió de la misma fabrica en China. La realidad es que los distribuidores oficiales de Ubiquiti saben que el producto no es fabricado por Ubiquiti y saben que nosotros tenemos recursos de conseguir mercadería aunque se han hecho grandes intentos de bloquearnos sin existo. Lo único que les queda es salir a soltar esos rumores. Lo que vendemos es 100% original de la fabrica que le fabrica a Ubiquiti. No hay ninguna duda que los productos son 100% originales por ese lado estamos muy bien respaldado. Aparte si no se enteraron quien tiene la marca Ubiquiti y el logo Ubiquiti registrado en Argentina soy yo. Legalmente no tenemos ningún problema.

Así que si los clientes preguntan pueden explicarle que todo lo que vendemos es 100% original sin problemas.

William

* Federico Sanguinetti
* Laufquen Internet
* 5411-5918-4053
* www.laufquen.com.ar
* Víctor Hugo625 (C1407BNX) - Buenos Aires - Argentina



**TRANSPERFECT**

CERTIFICATION OF TRANSLATION

I, Sean Moran, hereby certify that the attached <u>Spanish</u> to <u>English</u> translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original documents to the best of our ability. The following documents are included in this certification:

Ex. V Moore
Ex. W Moore
Ex. X Moore
William – letter3

Signature

Sworn to before me this
_____

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4 2014

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 75 CITIES WORLDWIDE

----------Forwarded message ---------

From: **Federico Sanguinetti** <fsanguinetti@laufquen.net.ar>
Date: 3/20/2012
Subject: I'm fed up with Wireless Tigre; don't you think we should make an official Ubi report for you to send directly to the customers?
To: Ben Moore <ben.moore@ubnt.com>

Guys,

I will clarify once and for all the rumors that we are copying Ubiquiti.

1) The Ubiquiti agent published in the forum in Brazil that it's very likely that Kozumi is selling counterfeit merchandise. Read all the comments in the forum. Ninety percent of the comments strongly criticize Ubiquiti for having made an announcement accusing me of being unable to provide any evidence in that respect. Many asked how you can tell the genuine article from the false one. All they can say is "Look at the font on the Kozumi label". Because they thought that the label Kozumi has in the POE is counterfeit. What they don't know is that we imitate the Kozumi font because Ubiquiti doesn't want to sell anything to us directly. Can you imagine that anyone could be so stupid as to want to counterfeit a product while leaving another brand on the label?

2) I buy Ubiquiti everywhere, China, Europe, USA, everywhere I can; that's what we have always done. Ubiquiti won't sell to us, because all the distributors in Argentina have been against us ever since we entered the market. Why won't they sell to us? Because earlier we were selling our own CPE, the AFO5, which Ubiquiti considered to be plagiarism. Therefore they see me as their competitor.

3) With respect to that photo and that announcement. It is clearly noted there that they put on a "show". The story is that Ubiquiti had a fight with their OEM manufacturer in China. That factory designed many of the Ubiquiti products. Therefore the plant had patents registered, which Ubiquiti did not have. After the fight, that manufacturer decided to continue selling Ubiquiti, so Ubiquiti bribed a certain police official to order the factory to be shut. They spent more than one million USD paying the police official. (He is now suspended while under investigation for accepting bribes from Ubiquiti). It was determined that the factory did have the legal right to keep manufacturing and after one week it resumed normal production. Ubiquiti can't do anything about it. All they can do is go out and deny those rumors. But take note – why can't they provide concrete proof? Aldo and Laufquen are spreading rumors, but where is the evidence that what we sell is not original? Was it that what we sold had problems with RMA, or that there was some difference in the performance of the product? Everything we sell is 100% the same. I continue to remain calm because I did not want to make much noise about the rumors, in order to avoid arguing with them. They know very well that they have no way of proving any of their claims.

4) Now imagine. Kozumi is an American company. Ubiquiti also; so if they really have proof that I'm faking their products, why don't they report me in the U.S.? Instead of writing notes in the forum, why haven't they initiated any legal action?

The reality is that they do not have any way of proving their claims and furthermore they cannot claim that what we sell is not original. What they can say is that we are not the official channel; but everything we and all the other wholesalers buy comes out of the same factory in China. The reality is that the official dealers of Ubiquiti know that the product is not manufactured by Ubiquiti and they know that we have ways of getting merchandise, even though great efforts have been made to block us, but without success. The only thing left for them is to come out and deny these rumors. What we sell is 100% original, from the same factory that produces for Ubiquiti. There is no doubt that the products are 100% original; on that side we are very secure. And in case you were not aware of it yet, I am the one who has the Ubiquiti brand and logo registered in Argentina. Legally we have no problem.

So if customers ask, you can explain to them with no problems that everything we sell is 100% original.

William

* Federico Sanguinetti
* Laufquen Internet
* 5411-5918-4053
* www.laufquen.com.ar
* Victor Hugo 625 (C1407BNX) - Buenos Aires -Argentina

Exhibit Y

+You  Mail  Calendar  Documents  Sites  Video  More

fsanguinetti@laufquen.net.ar

## Mail

Move to Inbox          More

COMPOSE                    **Federico Sanguinetti**                                                      Apr 4

**Inbox (3)**               Spanish      English     Translate message                    Turn off for: Spanis
Important
Sent Mail
**Drafts (7)**
Spam
Trash

Gmail Personal
Junk E-mail             Tenemos que estudiar esto bién, todos los despachos que abrimos son de Solution Box, pero no creo que tengan alguna relación con el chino. Pero ahora compren
Notes                   porque está vendiendo tan barato.
**Searchable (200)**
More                    Abrazo

**Chat**

Search people...

Ben Moore              **3 attachments** ─ Download all attachments   View all images
Set status he
Call phone                                          **206789V.jpg**
Claire Liu                                          145K   View   Download
Gary Schulz
Chicago Design Ce...
Huan Vu
Jennifer Sanchez
John Tso
Kevin Perry
Matt Hardy
Away                                                **028743Y.jpg**
Paul Heim                                           79K   View   Download
Sean Deorsey

## Despacho 11.001-IC04.2067889V | 0001 Imported | SOLUTION BOX S.R.L.

**Datos básicos**

| Campo | Valor | | Etc. | Probable Importador |
|---|---|---|---|---|
| Fecha | 18/10/2011 | | Aduana | BUENOS AIRES (01) |
| Posición | 8517.70.29.900N | | Procedencia | ESTADOS UNIDOS |
| Canal | | | Origen | CHINA REP POPULAR |
| Transporte / Acuática | | | Puerto | ESTADOS UNI - PORT EVEROL/ |
| Matrícula | | | Bandera | |

Tipo de doc.: IMPORTACION A CONSUMO CON DOCUMENTO DE TRANSPORTE

Nomenclador: Teléfonos, incluidos los teléfonos celulares (móviles) y los de otras redes inalámbricas; los demás aparatos de transmisión o recepción de voz, imagen u otros datos, incluidos los de comunicación en red con o sin cable (tales como redes locales (lan) o extendidas (wan)), distintos de los aparatos de transmisión o recepción de las partidas 84.43, 85.25, 85.27 u 85.28

**Subitems / Cifras / Impuestos**

| Nro. | Marca / Sufijos | Cantidad | P.Unitario | Monto |
|---|---|---|---|---|
| 1 | UBIQUITI mod. MB 1114 | 1,000.00 | 4.00 | 4,000.00 |
| 2 | UBIQUITI mod. MB 1714 | 200.00 | 5.00 | 1,000.00 |
| 3 | LCOM mod. HG5158DP 32D | 26.00 | 115.00 | 2,990.00 |

---

## Despacho 11.001-IC04.2067889V | 0002 Imported | SOLUTION BOX S.R.L.

**Datos básicos**

| Campo | Valor | | Etc. | Probable Importador |
|---|---|---|---|---|
| Fecha | 18/10/2011 | | Aduana | BUENOS AIRES (01) |
| Posición | 8517.70.29.900N | | Procedencia | ESTADOS UNIDOS |
| Canal | | | Origen | CHINA REP POPULAR |
| Transporte / Acuática | | | Puerto | ESTADOS UNI - PORT EVEROL/ |
| Matrícula | | | Bandera | |

Tipo de doc.: IMPORTACION A CONSUMO CON DOCUMENTO DE TRANSPORTE

Nomenclador: Teléfonos, incluidos los teléfonos celulares (móviles) y los de otras redes inalámbricas; los demás aparatos de transmisión o recepción de voz, imagen u otros datos, incluidos los de comunicación en red con o sin cable (tales como redes locales (lan) o extendidas (wan)), distintos de los aparatos de transmisión o recepción de las partidas 84.43, 85.25, 85.27 u 85.28

**Subitems / Cifras / Impuestos**

| Nro. | Marca / Sufijos | Cantidad | P.Unitario | Monto |
|---|---|---|---|---|
| 1 | LCOM mod. HG 5827G | 50.00 | 21.00 | 1,050.00 |
| 2 | LCOM mod. HG2415U PRO | 60.00 | 22.00 | 1,320.00 |
| 3 | UBIQUITI mod. RD 5G30 | 117.00 | 65.00 | 7,605.00 |

| Datos básicos | Cifras | Etc. | Probable Importador |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Fecha | 10/02/2012 | Aduana | BUENOS AIRES {01 } |
| Posición | 8517.62.77.000H | Procedencia | HONG KONG-TERRIT.BRITAN. |
| Canal | | Origen | CHINA REP.POPULAR |
| Transporte | Acuática | Puerto | CHINA REP.P - HONG KONG |
| Matrícula | | Bandera | |
| Tipo de doc. | IMPORTACION A CONSUMO CON DOCUMENTO DE TRANSPORTE | | |

Nomenclador: Telefonos, incluidos los telefonos celulares (móviles)* y los de otras redes inalámbricas; los demás aparatos de transmisión o recepción de voz, imagen u otros datos, incluidos los de comunicación en red con o sin cable (tales como redes locales (lan) o extendidas (wan)), distintos de los aparatos de transmisión o recepción de las partidas 84.43, 85.25, 85.27 u 85.28

| SubItems | | | | Impuestos | |
|---|---|---|---|---|---|

| +/- | Nro. | Marca / Sufijos | Cantidad | P.Unitario | Monto |
|---|---|---|---|---|---|
| - | 1 | UBIQUITI mod. NSM5 | 3,400.00 | 45.00 | 153,000.00 |
| - | 2 | MIKROTIK mod. RBSXT | 100.00 | 50.00 | 5,000.00 |
| - | 3 | MIKROTIK mod. RBOMNITIKU 5HNND | 20.00 | 60.00 | 1,200.00 |

| Datos básicos | Cifras | Etc. | Probable Importador |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Fecha | 10/01/2012 | Aduana | BUENOS AIRES {01} |
| Posición | 8517.62.77.000H | Procedencia | HONG KONG-TERRIT.BRITAN. |
| Canal | | Origen | CHINA REP.POPULAR |
| Transporte | Acuática | Puerto | CHINA REP.P - HONG KONG |
| Matrícula | | Bandera | |

**Tipo de doc.** IMPORTACION A CONSUMO CON DOCUMENTO DE TRANSPORTE

**Nomenclador** Telefonos, incluidos los telefonos celulares (móviles)* y los de otras redes inalámbricas; los demás aparatos de transmisión o recepción de voz, imagen u otros datos, incluidos los de comunicación en red con o sin cable (tales como redes locales (lan) o extendidas (wan)), distintos de los aparatos de transmisión o recepción de las partidas 84.43, 85.25, 85.27 u 85.28

| SubItems | Impuestos |
|---|---|

| +/- | Nro. | Marca / Sufijos | Cantidad | P.Unitario | Monto |
|---|---|---|---|---|---|
| - | | UBIQUITI mod. NSM5 | 1,200.00 | 38.00 | 45,600.00 |

---------- Forwarded message ---------- From: **Federico Sanguinetti** <fsanguinetti@laufquen.net.ar> Date: 2012/4/4 Subject: Acá va buena info !!! To: Ben Moore <ben.moore@ubnt.com>

```
mitgddtil prterm       CONSULTA DECLARACION DETALLADA              04/04/2012
BS.AS.(CAPITAL)                                       Opcion
■◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙
◙DECLARACION 11 001 IC04 206789 V       ESTADO   CANCELADA
◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙
◙ Destinacion   IMPORTACION A CONSUMO CON DOCUMENTO DE TRANSPORTE
◙ Import/Export  30710259956 TECH DEPOT S.A.      IVA Inscripto   S
◙ Despachante    20105509074 VERNAZZA JORGE EDUARDO  Fecha arribo   15/10/2011
◙ Vendedor       KOZUMI USA                    F.ofic.18/10/2011 10:24:37
◙ Decl. sumaria  11001MANI214128Y              Aviso embarque
◙ Depos. almacen.                     Matricula    CSAV LAJA
◙ Guia/Marca    USPVG801              11001HA S/N
◙ Medio transp.  ACUATICO            Pais destino
◙ Bandera transp.333 SINGAPUR        Aduana dest.      Fecha vto.emb.
◙ Nro.Autor.susp.                    Deposito    073 TERMINAL SUR
◙ Vto.suspensiva                     Monto FOB  FOB   DOL    17,965.00
◙ Plazo dest.susp.0     dias         Monto Flete     DOL     1,700.00
◙ Prorr.vto.embar.0    dias          Monto seguro    DOL       196.65
◙ Prorr.dest.susp.0    dias          Motivo
◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙
◙    CTRL+K: Ver Funcionalidades      FIN: C. DENUNCIAS ANT.
◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙

Count: *1                                              <Replace>


mitgddtil prterm       CONSULTA DECLARACION DETALLADA              04/04/2012
BS.AS.(CAPITAL)                                       Opcion
◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙
◙DECLARACION 11 001 IC04 1G3564 Y       ESTADO   CANCELADA
◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙
◙ Destinacion   IMPORTACION A CONSUMO CON DOCUMENTO DE TRANSPORTE
◙ Import/Export  30710259956 TECH DEPOT S.A.      IVA Inscripto   S
◙ Despachante    20105509074 VERNAZZA JORGE EDUARDO  Fecha arribo   15/08/2011
◙ Vendedor       NET COM                       F.ofic.23/08/2011 17:57:48
◙ Decl. sumaria  11001MANI166436W              Aviso embarque
◙ Depos. almacen.                     Matricula    BRUSSELS BRIDGE
◙ Guia/Marca    CHRONFPC-0028580      11001HA UBIQUITI (IN DIA) POLAND
◙ Medio transp.  ACUATICO            Pais destino
◙ Bandera transp.220 PANAMA          Aduana dest.      Fecha vto.emb.
◙ Nro.Autor.susp.                    Deposito    Z09 GEMEZ S.A. II
◙ Vto.suspensiva                     Monto FOB  CIF   DOL    22,500.00
◙ Plazo dest.susp.0     dias         Monto Flete     DOL       636.60
◙ Prorr.vto.embar.0    dias          Monto seguro    DOL       740.00
◙ Prorr.dest.susp.0    dias          Motivo
◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙
◙    CTRL+K: Ver Funcionalidades      FIN: C. DENUNCIAS ANT.
◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙

Count: *1                                              <Replace>


mitgddtil prterm       CONSULTA DECLARACION DETALLADA              04/04/2012
BS.AS.(CAPITAL)                                       Opcion
◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙
◙DECLARACION 12 001 IC04 006378 Y       ESTADO   CANCELADA
◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙
◙ Destinacion   IMPORTACION A CONSUMO CON DOCUMENTO DE TRANSPORTE
◙ Import/Export  30710259956 TECH DEPOT S.A.      IVA Inscripto   S
◙ Despachante    20105509074 VERNAZZA JORGE EDUARDO  Fecha arribo   05/01/2012
◙ Vendedor       KOZUMI USA                    F.ofic.10/01/2012 14:03:02
◙ Decl. sumaria  12001MANI001828Z              Aviso embarque
◙ Depos. almacen.                     Matricula    CCNI AMAZONAS
◙ Guia/Marca    CHRONFPC-0030057      12001MA S/M
◙ Medio transp.  ACUATICO            Pais destino
◙ Bandera transp.220 PANAMA          Aduana dest.      Fecha vto.emb.
◙ Nro.Autor.susp.                    Deposito    056 TERMINAL 5
◙ Vto.suspensiva                     Monto FOB  CIF   DOL    45,600.00
◙ Plazo dest.susp.0     dias         Monto Flete     DOL       200.00
◙ Prorr.vto.embar.0    dias          Monto seguro    DOL       300.00
◙ Prorr.dest.susp.0    dias          Motivo
◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙
◙    CTRL+K: Ver Funcionalidades      FIN: C. DENUNCIAS ANT.
◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙◙

Count: *1                                              <Replace>
```



```
mitgddti1 prterm      CONSULTA DECLARACION DETALLADA              04/04/2012
BS.AS.(CAPITAL)                                              Opcion
●▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨DECLARACION 11 001 IC04 206789 V         ESTADO   CANCELADA
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨ Destinacion    ▨         DATOS  COMPLEMENTARIOS        ▨ORTE
▨ Import/Export◆▨▨▨▨▨▨▨▨▨▨▨▨ ◆▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨◆ipto   S
▨ Despachante    ▨       CODIGO      ▨     VALOR       ▨ibo   15/10/2011
▨ Vendedor       ◆-▨▨▨▨▨▨▨▨▨▨▨▨▨▨ Editor ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨/10/2011 10:24:37
▨ Decl. sumaria▨▨                          NOFVAL         ▨▨arque
▨ Depos. almace▨▨ CALIFORNIA 2082 PISO 3 OF. 303 CABA    v ▨▨V LAJA
▨ Guia/Marca    ▨▨                                          ▨▨
▨ Medio transp.▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨ Bandera trans▨     FECHA INIC.ACTIV  ▨ 28/08/2007       ▨.emb.
▨ Nro.Autor.sus▨   FEMB-ORIGEN       ▨ 30/09/2011        ▨ TERMINAL SUR
▨ Vto.suspensiv▨   IMPOGIRO-DIV-OPC  ▨ CGDDIF            ▨      17,965.00
▨ Plazo dest.su▨   IMPRIMECONCANAL   ▨ 18-10-2011 10:24:41 ▨   1,700.00
▨ Prorr.vto.emb▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨◆▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨◆    196.65
▨ Prorr.dest.susp.0  dias                  Motivo
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨       CTRL+K: Ver Funcionalidades      FIN: C. DENUNCIAS ANT.
�◯▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
Field is protected against update. Press PF3 or PF4 to cancel.
Count:  8        v                                        <Replace>


mitgddti1 prterm      CONSULTA DECLARACION DETALLADA              04/04/2012
BS.AS.(CAPITAL)                                              Opcion
●▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨DECLARACION 12 001 IC04 028743 Y         ESTADO   CANCELADA
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨ Destinacion    IMPORTACION A CONSUMO CON DOCUMENTO DE TRANSPORTE
▨ Import/Export  30710259956 TECH DEPOT S.A.       IVA Inscripto   S
▨ Despachante    20105509074 VERNAZZA JORGE EDUARDO Fecha arribo  05/02/2012
▨ Vendedor       KOZUMI USA                        F.ofic.10/02/2012 16:49:33
▨ Decl. sumaria  12001MANI028693C                  Aviso embarque
▨ Depos. almacen.                                  Matricula    MAERSK LIMA
▨ Guia/Marca     CHHONFPC-0030362       12001MA S/M
▨ Medio transp.  ACUATICO               Pais destino
▨ Bandera transp.520 MARSHALL,ISLAS Aduana dest.   Fecha vto.emb.
▨ Nro.Autor.susp.                       Deposito   09B TERBASA
▨ Vto.suspensiva                        Monto FOB CIF  DOL    159,200.00
▨ Plazo dest.susp.0   dias              Monto Flete    DOL      2,507.37
▨ Prorr.vto.embar.0   dias              Monto seguro   DOL        796.00
▨ Prorr.dest.susp.0   dias                  Motivo
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨       CTRL+K: Ver Funcionalidades      FIN: C. DENUNCIAS ANT.
◯▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

Count: *1                                                 <Replace>
```

Federico Sanguinetti* Laufquen Internet* 5411-5918-4053* www.laufquen.com.ar* Víctor Hugo625 (C1407BNX) - Buenos Aires - Argentina



**TRANSPERFECT**

CERTIFICATION OF TRANSLATION

I, Sean Moran, hereby certify that the attached Spanish to English translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original documents to the best of our ability. The following documents are included in this certification:

Ex. V Moore
Ex. W Moore
Ex. X Moore
William – letter3

_____
Signature

Sworn to before me this

_____

_____
Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4 2013

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  l  T 212.689.5555  l  F 212.689.1059  l  WWW.TRANSPERFECT.COM

OFFICES IN 75 CITIES WORLDWIDE

5/10/12 5:49 PM

+You  Mail  Calendar  Documents  Sites  Video  More

fsanguinetti@laufquen.net.ar

Mail                                                    Move to Inbox                    More

COMPOSE                    – **Federico Sanguinetti**                                    Apr 4

Inbox (3)            Spanish      English    Translate message                          Turn off for: Spanis
Important
Sent Mail
Drafts (7)
Spam
Trash
Gmail Personal

                    We must study this well, all the dispatches we opened are from Solution Box, but I don't think this is related to
Junk E-mail         the Chinese. But now I see how they are selling them so cheap.
Notes
Searchable (200)    Regards
More

Chat                **3 attachments** — Download all attachments   View all images

Search people...
                    
Ben Moore
Set status he                                          **206789V.jpg**
                                                       145K  View  Download
Call phone
Claire Liu
Gary Schulz
Chicago Design Ce...
Huan Vu
Jennifer Sanchez
John Tso                                              **028743V.jpg**
Kevin Perry                                            79K  View  Download
Matt Hardy
Away
Paul Heim
Sean Dearsey

Exhibit Z

+You  Mail  Calendar  Documents  Sites  Video  More

dejan.dudeski@overnet.com.mk

## Mail

Move to Inbox                    More

COMPOSE

NYT Global Home - Obama Campaign Tries to Capitalize on Marriage Issue - 1 hour ago

Inbox (4)
Important
Sent Mail
Drafts (7)
Spam
Trash

next shipping          Searchable   x

**dejan.dudeski@overnet.com.mk**                                           Apr 20

Gmail Personal
Junk E-mail
Notes
Searchable (200)
More

Hi Ben

Please advice if possible the following.
We will receive one shipments on Monday and we have another in the sea
now we have another shippment ready for shipping on 30-th of this month.
My surprise was that we have 3 orders ready for shipping in 5 weeks.
As we have other suppliers for other items that we sell have a little
finance planing problem.
We have made payment some days ago by the terms we have agreed before,
but this shipments are too close and is not possible to cancel ( and
don't want to cancel as we will sell this items )
Is it possible to take this shipment and to arrange payment of ~50 000
USD till the end of next week and to follow up with the terms arranged
after 3 weeks.

Another thing is that in Kosovo and Albania we have clients that
informed us that buy ubnt products lower that the price that ubnt sells
to us and my thinking is that this products are false as they told me
that they have ubnt software and " look very similar to ubnt ", if you
want I can investigate where from they buy this items and send you
additional info ( if have one idea but I'm not sure )

**Ben Moore**                                                              Apr 20

Hi Dejan,

Thanks for the email.  So, what would payment schedule be?  All payment would be complete within ~3 weeks?

Yes, please send details on where they are purchasing.  Any info you can send is greatly appreciated.  If you can get samples, that would also help.

Chat

Search people...

Ben Moore
Set status he
Call phone
Claire Liu
Gary Schulz
Chicago Design Ce...
Huan Vu
Jennifer Sanchez
John Tso
Matt Hardy
Away
Paul Heim
Rajesh UBNT
Sean Deorsey

Exhibit AA

to Ryan, Salvador, me
□□□

Dear Beccn,
I hope you are doing fine,
Forwarding this email to you does not mean that I take it under
consideration. If there is any thing we can do to oppose this nonesense I
would be happy to do it.

Regards,

Mohammed Mahdi  Hashim,
Director,
Alsafwa for Computers and Networking,
00964 7901734318 - 00968 92697010
www.alsafwacomputers.com

----- Original Message ----- From: "Ivan Mikhailov"
<Ivan.mikhailov99@gmail.com>
To: <sales@microcomtec.com>; <contact@streakwave.com>;
<sales@wisp-router.com>; <samuels@huttoncom.com>;
<salesteam@doubleradius.com>; <marketing@4netonline.com>;
<joemel@roughclaw.com>; <sales@balticnetworks.com>;
<sales@bizsyscon.com>; <gary@caymanwireless.com>;
<sales@cielosystems.net>; <information@converbit.ca>;
<ctisales@cticonnect.com>; <sales@data-alliance.net>;
<sales@distriwave.com>; <sales@dynamictradingco.net>;
<sales@epcom.net>; <flytec@flyteccomputers.com>;
<info@invictusnetworks.com>; <brad@ispsupplies.com>;
<jpatient@jeffcosoho.com>; <sales@meshoutlet.com>;
<support@metrix.net>; <sales@netgate.com>; <sales@nwcis.com>;
<contact@wlanparts.com>; "Service@PCBAY.COM"
<Service@pcbay.com>; <sales@roc-noc.com>;
<sales@rowenetworks.com>; <contact@solutionboxusa.com>;
<sales@squitter.com>; <sales@titan-wireless.com>;
<sales@wispconnect.com>; <ubiquiti@wlanmall.com>;
<sales@xagyl.com>; <Comercial@wdcnet.com.br>; <wisp@lq.com.ar>;

<vendas@flytec.com.py>; <webmaster@syscom.com.mx>;
<ubnt@wni.com.mx>; <ventas@distriwave.com>;
<vendas@streakwavebrasil.com.br>; <info@landamex.com>;
<info@aire.ec>; <ventas@aldeberan.com.ec>;
<compras@americansatelite.com.br>; <amobile@cable.net.co>;
<andy@andrickson-wireless.com>; <contato@bradel.com.br>;
<esilva@brandednet.com>; <vendas@cernet.com.br>;
<ventas@comutelperu.com>; <contacto@contacto-web.com.mx>;
<chile@distriwave.com>; <ventas@eduser.net>;
<ventas@ubiquiti.com.ec>; <ventas@enlacewifi.com>;
<contato@fastwireless.com.br>; <comercial@globalfast.com.br>;
<jofranarca@hotmail.com>; <ventas@inttelec.com>;
<ventas@inversionescgi.net>; <linkstore@linkstore.cl>;
<sales@microcom.com.ar>; <contacto@mundoneting.cl>;
<info@netco.cl>; <marketing@netplus.com.br>;
<contato@novanetwork.com.br>; <vendas@oiw.com.br>;
<ventas@prodacom.com>; <flavio@rapidoinfoshop.com.br>;
<raliaga@redco.cl>; <info@solutionbox.com.ar>;
<contacto@superlinkca.com>; <oscar.camargo@systraim.net>;
<ventas@tecnomarketperu.com>; <ubiquiticol@gmail.com>; <wireless-
tigre@hotmail.com>; <info@zcmayoristas.com>; <sales@aerial.net>;
<info@landatel.com>; <sales@i4-wifi.com>; <orders@interprojekt.pl>;
<sales@anteny24.pl>; <sales@discomp.cz>;
<comercial@instantbyte.com>; <info@sicetelecom.it>;
<info@4gon.co.uk>; <sales@802global.com>; <bilgi@netsiparis.com>;
<sales@asbis.sk>; <sales@asp24antenna.com.ua>;
<admin@wlan.com.ua>; <sales@avantis.dk>; <sales@avantis.se>;
<sales@avantis.no>; <office@bios.if.ua>; <info@ciudadwireless.com>;
<molya@technotrade.com.ua>; <sales@cyberbajt.com>;
<obchod@cznet.cz>; <info@davido.se>; <sales@ubiquiti.biz>;
<info@diswire.com>; <service@dustin.dk>; <ordre@dustin.no>;
<order@dustin.se>; <sales@e-shop.gr>; <info@e-wireless.gr>;
<info@ubntshop.eu>; <exeshop@exeshop.rs>; <Info@frineta.lt>;
<sales@hiperlink.pl>; <sale@intellcom.net>; <export@intercrown.hu>;
<salg@jyskdata.com>; <sales@wifi-stock.com>; <sales@korpol.pl>;
<order@kosprod.com>; <mentor_its@yahoo.com>; <vch@kris.kz>;
<tzvetan@lancombg.com>; <info@lanmarket.net>; <info@mhzshop.com>;
<sales@msdist.co.uk>; <salim@netvizyon.biz>; <sales@netcons.sk>;
<wireless@netiks.rs>; <sales@optic.com.ua>; <comercial@redespt.com>;
<ecommerce@omg.de>; <contact@overnet.com.mk>;
<den@proline.biz.ua>; <office@reloadbg.com>;
<komercijala@sampro.rs>; <ubnt@secam.ba>; <info@technologic.pl>;
<sales@telenetronics.net>; <jano@times.sk>;

<office@vesuviustreamline.com>; <office@triotronik.com>;
<sales@ukbroadband.com>; <shop@varia-store.com>;
<sales@videomaxavs.com>; <sales@wi-pipe.com>; <sales@wifi-stock.co.uk>; <sales@wifigear.co.uk>; <contact@wifimag.ro>;
<sales@wifimarket.ro>; <commercial@wifisafe.fr>; <info@wimood.nl>;
<sales@wintherwireless.dk>; <sales@wintherwireless.se>;
<info@wireless-bolt.hu>; <info@wirelesslan.pl>; <sales@wirkos.com>;
<support@signalforsterker.no>; <comenzi@worldnet.ro>;
<ubnt@dreamwifi.ru>; <info@802-11.ru>; <store@comp2.ru>;
<wireless@comptek.ru>; <info@galaxy-tele.com>; <zakaz@ipboom.ru>;
<info@lanmart.ru>; <sales@nanaiki.ru>; <wireless@o-t-s.ru>;
<specsvazstroi@mail.ru>; <info@wifimag.ru>; <sale@wmd.ru>;
<sales@solomon.co.th>; <sales@spectrumindo.com>;
<ubntsales@goip.in>; <jim@lanbowan.com>; <info@dreamnw.com>;
<info@agncomputers.com>; <sales@airlinxsys.com>;
<sales@astra.co.th>; <sales@axomic.com.sg>; <xwg@bjmesh.com>;
<sales@bbyst.cn>; <jjib@ibahn.net.ph>; <gantulga@kewiko.mn>;
<gun@kirz.com>; <sales@almightytechserv.com>;
<ubnt@masolusi.com>; <wireless@softechltd.com.np>;
<sales@synchroweb.com>; "Sales@WiFi4You.com"
<Sales@wifi4you.com>; <thuyuyen@vientin.com>; <info@wireless-link.net>; <pushker@vlinksys.com>; <ubnt@prologixdistribution.com>;
<sales@alfatech-me.com>; <husam@is-iraq.com>;
<sales@asseraltechnalogia.com>; <sales@addvant.co.il>;
<altaj_seller@yahoo.com>; <soliman@almsbar.net>;
<sales@alsafwacomputers.com>; <sales@dipole-ltd.co.il>;
<hdow@dowtechnology-me.com>; <sales@electroon.com>;
<Sales@nano-ksa.com>; <Iraq@alfatech-me.com>;
<tahseen@sharqaljazeera.com>; <info@skiespro.net>; <info@wifi-wimax.com.sa>; <ubnt@aptus.co.tz>; <sales@datacommexpress.com>;
<ahmedigital@hotmail.com>; "sales@DvD4wifi.com"
<sales@dvd4wifi.com>; <sales@egywireless.com>;
<sales@emcinfrastructure.com>; <info@gesnetworks.com>;
<elfaisal@9.cn>; <sales@miro.co.za>; <sales@dbg.co.za>
Sent: Thursday, April 26, 2012 8:53 PM
Subject: Ubiquiti news


Public listed Ubiquiti Networks CEO Robert Pera under investigation by
China authorities for using mafia ties to stop its competitors in
China?

How far will you go to stop your competition? It's seems for newly

public listed Ubiquiti Networks (UBNT) CEO Robert Pera means,
"Whatever it takes". There has been rumors from Shenzhen local
authorities that some factories in China producing products that are
competition for Ubiquiti Networks filed a claim with the local police
in Shenzhen against Ubiquiti's claiming that its CEO Robert Pera sent
chinese mafia to their factories to intimidate ,harass and threatening
them to stop trying to produce technology that are competition to
them. The police have taken this matter very seriously and all parties
involved are under investigation. Using mafia to solve commercial
dispute, collect due payments is a common pattern with Chinese small
size companies. However, it is very unusual for a public listed
American company to use this kind of method to stop the competition.
If these accusations are proven right it could be a very serious
problem for this young company and its CEO.
Ubiquiti is a very young company that grew very rapidly during the
past 6 years. Its CEO and Founder Robert Pera started as an engineer
in Apple computers and soon found its way to making low cost effective
long range wireless CPE. This kind of low cost effective technology
allowed the company to grow at a very high rate during the past few
years. It successfully launched and IPO last year. As successful as
this company was by creating low cost long range solutions. It is
showing its inexperience and lacks of legal knowledge. The company has
faced legal trademark problems in many countries, as they did not
register their trademark in most of the countries worldwide. The lack
of respect for international laws and the fact that their sold
products to countries under trade sanctions such as Iran brought them
many legal problem before. Although their argument was that they did
sold to Iram without knowing it is hard to imagine how can this young
CEO still use extremely dangerous methods to conduct its business. And
it is still incomprehensible how there are still many Iran companies'
still selling Ubiquiti products online nowadays.
Competition has always benefits the consumers by providing them better
options and prices. That is why we created the anti trust law to
protect the consumers rights against giant corporates. Ubiquiti has
sold the idea that their technology is unique. As we have interviewed
some of the industry insiders we found out that their "unique
technology" is a software protocol that they built inside their
software and it seems that their competition in Asia already are
providing products that are similar or even superior at much lower
cost. Ubiquiti should learn to respect the competition and focus on
making better product instead of trying to use extreme methods to stop
them. How will end up this case in China for Ubiquiti will be a lesson
we all must learn and we will keep you all posted on its status.

**2 attachments** — Download all attachments

**Ubiquiti news.doc**
57K   View   Download

**Ubiquiti news.mht**
229K   View as
Text   Download

Exhibit BB

to me
☐☐☐

Hi Ben

Have you already received it from other reseller? I think so, but I'm forwarding it.

BR,

Roberto Ferreira
roberto@oiw.com.br
51 3653-6800
51 3653-6804

OIW Telecom Solutions
www.oiw.com.br | www.oiwtech.com

-----Mensagem original-----
De: Ivan Mikhailov [mailto:Ivan.mikhailov99@gmail.com]
Enviada em: quinta-feira, 26 de abril de 2012 14:22
Para: sales@microcomtec.com; contact@streakwave.com; sales@wisp-router.com;
samuels@huttoncom.com; salesteam@doubleradius.com;
marketing@4netonline.com;
joemel@roughclaw.com; sales@balticnetworks.com;
sales@bizsyscon.com;
gary@caymanwireless.com; sales@cielosystems.net;
information@converbit.ca;
ctisales@cticonnect.com; sales@data-alliance.net; sales@distriwave.com;
sales@dynamictradingco.net; sales@epcom.net;
flytec@flyteccomputers.com;
info@invictusnetworks.com; brad@ispsupplies.com;
jpatient@jeffcosoho.com;
sales@meshoutlet.com; support@metrix.net; sales@netgate.com;
sales@nwcis.com; contact@wlanparts.com; Service@PCBAY.COM;
sales@roc-noc.com; sales@rowenetworks.com;

contact@solutionboxusa.com;
sales@squitter.com; sales@titan-wireless.com; sales@wispconnect.com;
ubiquiti@wlanmall.com; sales@xagyl.com; Comercial@wdcnet.com.br;
wisp@lq.com.ar; vendas@flytec.com.py; webmaster@syscom.com.mx;
ubnt@wni.com.mx; ventas@distriwave.com;
vendas@streakwavebrasil.com.br;
info@landamex.com; info@aire.ec; ventas@aldeberan.com.ec;
compras@americansatelite.com.br; amobile@cable.net.co;
andy@andrickson-wireless.com; contato@bradel.com.br;
esilva@brandednet.com;
vendas@cernet.com.br; ventas@comutelperu.com; contacto@contacto-
web.com.mx;
chile@distriwave.com; ventas@eduser.net; ventas@ubiquiti.com.ec;
ventas@enlacewifi.com; contato@fastwireless.com.br;
comercial@globalfast.com.br; jofranarca@hotmail.com;
ventas@inttelec.com;
ventas@inversionescgi.net; linkstore@linkstore.cl;
sales@microcom.com.ar;
contacto@mundoneting.cl; info@netco.cl; marketing@netplus.com.br;
contato@novanetwork.com.br; vendas@oiw.com.br;
ventas@prodacom.com;
flavio@rapidoinfoshop.com.br; raliaga@redco.cl; info@solutionbox.com.ar;
contacto@superlinkca.com; oscar.camargo@systraim.net;
ventas@tecnomarketperu.com; ubiquiticol@gmail.com;
wireless-tigre@hotmail.com; info@zcmayoristas.com; sales@aerial.net;
info@landatel.com; sales@i4-wifi.com; orders@interprojekt.pl;
sales@anteny24.pl; sales@discomp.cz; comercial@instantbyte.com;
info@sicetelecom.it; info@4gon.co.uk; sales@802global.com;
bilgi@netsiparis.com; sales@asbis.sk; sales@asp24antenna.com.ua;
admin@wlan.com.ua; sales@avantis.dk; sales@avantis.se;
sales@avantis.no;
office@bios.if.ua; info@ciudadwireless.com; molya@technotrade.com.ua;
sales@cyberbajt.com; obchod@cznet.cz; info@davido.se;
sales@ubiquiti.biz;
info@diswire.com; service@dustin.dk; ordre@dustin.no; order@dustin.se;
sales@e-shop.gr; info@e-wireless.gr; info@ubntshop.eu;
exeshop@exeshop.rs;
Info@frineta.lt; sales@hiperlink.pl; sale@intellcom.net;
export@intercrown.hu; salg@jyskdata.com; sales@wifi-stock.com;
sales@korpol.pl; order@kosprod.com; mentor_its@yahoo.com;
vch@kris.kz;
tzvetan@lancombg.com; info@lanmarket.net; info@mhzshop.com;
sales@msdist.co.uk; salim@netvizyon.biz; sales@netcons.sk;

wireless@netiks.rs; sales@optic.com.ua; comercial@redespt.com;
ecommerce@omg.de; contact@overnet.com.mk; den@proline.biz.ua;
office@reloadbg.com; komercijala@sampro.rs; ubnt@secam.ba;
info@technologic.pl; sales@telenetronics.net; jano@times.sk;
office@vesuviustreamline.com; office@triotronik.com;
sales@ukbroadband.com;
shop@varia-store.com; sales@videomaxavs.com; sales@wi-pipe.com;
sales@wifi-stock.co.uk; sales@wifigear.co.uk; contact@wifimag.ro;
sales@wifimarket.ro; commercial@wifisafe.fr; info@wimood.nl;
sales@wintherwireless.dk; sales@wintherwireless.se; info@wireless-
bolt.hu;
info@wirelesslan.pl; sales@wirkos.com; support@signalforsterker.no;
comenzi@worldnet.ro; ubnt@dreamwifi.ru; info@802-11.ru;
store@comp2.ru;
wireless@comptek.ru; info@galaxy-tele.com; zakaz@ipboom.ru;
info@lanmart.ru;
sales@nanaiki.ru; wireless@o-t-s.ru; specsvazstroi@mail.ru;
info@wifimag.ru;
sale@wmd.ru; sales@solomon.co.th; sales@spectrumindo.com;
ubntsales@goip.in;
jim@lanbowan.com; info@dreamnw.com; info@agncomputers.com;
sales@airlinxsys.com; sales@astra.co.th; sales@axomic.com.sg;
xwg@bjmesh.com; sales@bbyst.cn; jjib@ibahn.net.ph;
gantulga@kewiko.mn;
gun@kirz.com; sales@almightytechserv.com; ubnt@masolusi.com;
wireless@softechltd.com.np; sales@synchroweb.com;
Sales@WiFi4You.com;
thuyuyen@vientin.com; info@wireless-link.net; pushker@vlinksys.com;
ubnt@prologixdistribution.com; sales@alfatech-me.com; husam@is-
iraq.com;
sales@asseraltechnalogia.com; sales@addvant.co.il;
altaj_seller@yahoo.com;
soliman@almsbar.net; sales@alsafwacomputers.com; sales@dipole-
ltd.co.il;
hdow@dowtechnology-me.com; sales@electroon.com; Sales@nano-
ksa.com;
Iraq@alfatech-me.com; tahseen@sharqaljazeera.com; info@skiespro.net;
info@wifi-wimax.com.sa; ubnt@aptus.co.tz;
sales@datacommexpress.com;
ahmedigital@hotmail.com; sales@DvD4wifi.com; sales@egywireless.com;
sales@emcinfrastructure.com; info@gesnetworks.com; elfaisal@9.cn;
sales@miro.co.za; sales@dbg.co.za
Assunto: Ubiquiti news

Public listed Ubiquiti Networks CEO Robert Pera under investigation by China
authorities for using mafia ties to stop its competitors in China?

How far will you go to stop your competition? It's seems for newly public listed Ubiquiti Networks (UBNT) CEO Robert Pera means, "Whatever it takes".
There has been rumors from Shenzhen local authorities that some factories in
China producing products that are competition for Ubiquiti Networks filed a claim with the local police in Shenzhen against Ubiquiti's claiming that its CEO Robert Pera sent chinese mafia to their factories to intimidate ,harass and threatening them to stop trying to produce technology that are competition to them. The police have taken this matter very seriously and all parties involved are under investigation. Using mafia to solve commercial dispute, collect due payments is a common pattern with Chinese
small size companies. However, it is very unusual for a public listed American company to use this kind of method to stop the competition.
If these accusations are proven right it could be a very serious problem for this young company and its CEO.
Ubiquiti is a very young company that grew very rapidly during the past 6 years. Its CEO and Founder Robert Pera started as an engineer in Apple computers and soon found its way to making low cost effective long range wireless CPE. This kind of low cost effective technology allowed the company
to grow at a very high rate during the past few years. It successfully launched and IPO last year. As successful as this company was by creating
low cost long range solutions. It is showing its inexperience and lacks of legal knowledge. The company has faced legal trademark problems in many
countries, as they did not register their trademark in most of the countries worldwide. The lack of respect for international laws and the fact that
their sold products to countries under trade sanctions such as Iran brought them many legal problem before. Although their argument was that they did
sold to Iram without knowing it is hard to imagine how can this young CEO still use extremely dangerous methods to conduct its business. And it is still incomprehensible how there are still many Iran companies'
still selling Ubiquiti products online nowadays.
Competition has always benefits the consumers by providing them better

options and prices. That is why we created the anti trust law to protect the consumers rights against giant corporates. Ubiquiti has sold the idea that their technology is unique. As we have interviewed some of the industry insiders we found out that their "unique technology" is a software protocol that they built inside their software and it seems that their competition in Asia already are providing products that are similar or even superior at much lower cost. Ubiquiti should learn to respect the competition and focus on making better product instead of trying to use extreme methods to stop them. How will end up this case in China for Ubiquiti will be a lesson we all must learn and we will keep you all posted on its status.

Ivan Mikhailov


**2 attachments** — Download all attachments
   **noname.eml**
   236K   View   Download
   **Ubiquiti news.doc**
   57K   View   Download

Exhibit CC

UBNT forum

User CP    UBNT Home    Community    Search    Quick Links    Translations    Guidelines    Log Out

Ubiquiti Networks Forum > Ubiquiti Product Forum > Ubiquiti Audio, Audio... and UI Series Products > General

**Just got this email !!!**

Thread Tools    Search this Thread    Rate Thread    Display Modes

UniFi
Enterprise WiFi System



**Welcome, UBNT-Bot.**
You last visited: Today at 06:10 PM
New Posts: **28**

andyandrickson
Junior Member

Apr 26 2012 12:06 PM

**L. Just got this email !!!**

Public listed Ubiquiti Networks CEO Robert Pera under investigation by China authorities for using mafia ties to stop its competitors in China?

How far will you go to stop your competition? It is seems for newly public listed Ubiquiti Networks (UBNT) CEO Robert Pera means, "Whatever it takes". There has been rumors from Shenzhen local authorities that some factories in China producing products that are competition for Ubiquiti Networks filed a claim with the local police in Shenzhen against Ubiquiti's claim that its CEO Robert Pera sent chinese mafia to their factories to intimidate, harass and threatening them to stop trying to produce technology that are competition to them. The police have taken this matter very seriously and all parties involved are under investigation. Using mafia to solve commercial dispute, collect due payments is a common pattern with Chinese small size companies. However it is very unusual for a public listed American company to use this kind of method to stop the competition. If these accusations are proven right it could be a very serious problem for this young company that grew very rapidly during the past 6 years. Its CEO and Founder Robert Pera started as an engineer at Apple computers and soon found its way to making low cost effective long range wireless CPE. This kind of low cost effective technology

**davas**
Ubiquiti Expert

Competition benefits the consumers by providing them better options and prices. That is why we created the anti-trust law to protect the consumers rights against giant corporates. Ubiquiti has sold the idea that their technology is unique. As we have interviewed some of the industry insiders we found out that their "unique technology" is a software protocol that they built inside their software and it seems that their competition in Asia already are providing products that are similar or even superior at much lower cost. Ubiquiti should learn to respect the competition and focus on making better product instead of trying to use extreme methods to stop them. How will end up this case in China for Ubiquiti will be a lesson we all must learn and we will keep you all posted on its status.

---

**dcshobby**
Junior Member



Competitors or counterfeiters? Also, no source posted = not credible

---

I searched the web for this and nothing come up other than this forum thread.

Exhibit DD

On Fri, Apr 27, 2012 at 4:37 AM, Robert J. Pera <robert@ubnt.com>
wrote:
Jessica --

From Rory Conrad's email below, I was able to track down the source of
the Chinese text to here:

http://k.ifeng.com/user/16500302

Apparently, this was put online 4/13 -- 2 weeks ago...

I am willing to bet the "leolark69" person is Daniel Hsu or William
Hsu.   The location says he lives in Taiwan with Birthdate 3/1/1974


(Ben -- the Chinese text was not in the original message I saw; how did
Rory receive it?)