JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
COLETTE R. VERKUIL (CA SBN 263630)
cverkuil@mofo.com
WHITNEY E. MCCOLLUM (CA SBN 253039)
WMcCollum@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
UBIQUITI NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KOZUMI USA CORP., a Florida corporation; SHAO WEI HSU; LILIA KUNG; DOES ONE THROUGH ONE HUNDRED,<br><br>　　　　　　Defendants. | Case No.    12-cv-2582-CW<br><br>**[PROPOSED] ORDER DISMISSING LILIA KUNG WITHOUT PREJUDICE**<br><br>Courtroom:    2, 4th Floor<br>Judge:    Hon. Claudia Wilken<br><br>Complaint filed on May 18, 2012 |

The Court, having considered Ubiquiti Networks, Inc. Notice of Dismissal of Lilia Kung Without Prejudice, HEREBY ORDERS that Defendant Lilia Kung, and only defendant Lilia Kung is dismissed with without prejudice.

Date: _____, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES DISTRICT COURT JUDGE
FOR THE NORTHERN DISTRICT OF CALIFORNIA