JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
COLETTE R. VERKUIL (CA SBN 263630)
CVerkuil@mofo.com
WHITNEY E. MCCOLLUM (CA SBN 253039)
WMcCollum@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
UBIQUITI NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UBIQUITI NETWORKS, INC., a Delaware corporation,

Plaintiff,

v.

KOZUMI USA CORP., a Florida corporation; SHAO WEI HSU; LILIA KUNG; DOES ONE THROUGH ONE HUNDRED,

Defendants.

Case No. 12-cv-2582-CW

**UBIQUITI'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON UBIQUITI'S MOTION TO EXPEDITE DISCOVERY**

Courtroom: 2, 4th Floor
Judge: Hon. Claudia Wilken
Date: July 12, 2012
Time: 2:00 p.m.

Complaint filed on May 18, 2012

**NOTICE OF MOTION AND MOTION**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 12 at 2:00 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Claudia Wilken at the United States District Court for the Northern District of California, Oakland Courthouse, Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA, Plaintiff Ubiquiti Networks, Inc. shall and hereby does move the Court, pursuant to Civil Local Rules 6-1(b) and 6-3, to shorten time for briefing and hearing on its accompanying Motion to Expedite Discovery.

This motion is based on this notice of motion and supporting memorandum of points and authorities; the supporting declaration of Gabrielle Holburt; and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

Dated: July 3, 2012

JENNIFER LEE TAYLOR
COLETTE R. VERKUIL
WHITNEY E. MCCOLLUM
MORRISON & FOERSTER LLP

By: /s/ Jennifer Lee Taylor
JENNIFER LEE TAYLOR

Attorneys for Plaintiff
UBIQUITI NETWORKS, INC.

**MEMORANDUM OF POINTS AND AUTHORITIES**

In accordance with Civil Local Rules 6-1(b) and 6-3, Plaintiff Ubiquiti Networks, Inc. ("Ubiquiti") moves the Court to shorten time for the briefing and hearing schedule for its Motion to Expedite Discovery. Specifically, Ubiquiti requests that the opposition to that motion be filed no later than July 6, 2012, and that the hearing on that motion be set for July 12, 2012, or as soon thereafter as the matter may be heard. On July 3, 2012 Plaintiffs met and conferred with Robert Harkins, counsel of record, for Defendants Kozumi USA Corp. ("Kozumi") and Shao Wei Hsu ("Hsu") (collectively, "Defendants") (Declaration of Gabrielle R. Holburt In Support of Ubiquiti's Motion to Shorten Time ("Holburt Decl."), Exs., A, B.)

Under Civil Local Rule 6-3(a)(3), a court "may grant a motion to shorten time where the moving party identifies 'the substantial harm or prejudice that would occur if the Court did not change the time.'" Civ. L. R. 6-3(a)(3); *see also Noble v. Kiewit Pac. Co.*, No. C 08-00666, 2008 U.S. Dist. LEXIS 82243, at *2 (N.D. Cal. Feb. 13, 2008). Ubiquiti has moved for an order to allow it to take limited expedited discovery of a third party, Google, Inc. ("Google") in order to ascertain the identities of individual owners of e-mail accounts that have sent threatening e-mails and posted false videos targeting or concerning Ubiquiti and its Chief Executive Officer ("CEO"), Robert Pera. (Dkt. 52; Holburt Decl., ¶ 7.) The threats appear to be related to or arise from the underlying action at issue in this case, the counterfeiting and trademark infringement. The urgency underlying Ubiquiti's motion to shorten time is based on the substantial, imminent harm that Ubiquiti or its CEO may suffer from any continued threats to the company, or to Mr. Pera as an individual. Resolution of Ubiquiti's Motion to Expedite Discovery at the earliest possible date will allow Ubiquiti to determine whether the threats are issued from either Defendant in this action, a related party or an unrelated third party. Once Ubiquiti knows the identities of these individuals, it can report the information to the relevant authorities, request that they cease, and commence legal action as necessary.

Defendants stand to benefit from a speedy resolution to the issues identified in Ubiquiti's Motion to Expedite Discovery. If, in fact, Defendants and those acting in concert with them are not responsible for the threatening e-mails that will be one less issue to resolve during formal

discovery.

If Ubiquiti's Motion to Shorten Time is not granted, a hearing on Ubiquiti's Motion to Expedite Discovery will not be held until August 9, 2012 at the earliest. By that time, it is possible that more threats of such a serious nature will have issued or will be acted upon.

**CONCLUSION**

For the foregoing reasons, Ubiquiti respectfully requests that the Court grant Ubiquiti's Motion to Shorten Time for briefing and hearing on Ubiquiti's Motion to Expedite Discovery.

Dated: July 3, 2012

JENNIFER LEE TAYLOR
COLETTE R. VERKUIL
WHITNEY E. MCCOLLUM
MORRISON & FOERSTER LLP

By: /s/ Jennifer Lee Taylor
JENNIFER LEE TAYLOR

Attorneys for Plaintiff
UBIQUITI NETWORKS, INC.