1    JENNIFER LEE TAYLOR (CA SBN 161368)
     JTaylor@mofo.com
2    COLETTE R. VERKUIL (CA SBN 263630)
     CVerkuil@mofo.com
3    WHITNEY E. MCCOLLUM (CA SBN 253039)
     WMcCollum@mofo.com
4    MORRISON & FOERSTER LLP
     425 Market Street
5    San Francisco, California  94105-2482
     Telephone: 415.268.7000
6    Facsimile: 415.268.7522

7    Attorneys for Plaintiff
     UBIQUITI NETWORKS, INC.

8

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 OAKLAND DIVISION

12

13    UBIQUITI NETWORKS, INC., a Delaware     Case No.     12-cv-2582-CW
     corporation,
14                           **ORDER GRANTING UBIQUITI**
                  Plaintiff,        **NETWORKS, INC.'S MOTION**
15                          **TO EXPEDITE DISCOVERY**
           v.
16                          **(DOCKET NO. 52)**
     KOZUMI USA CORP., a Florida corporation;
17    SHAO WEI HSU; LILIA KUNG; DOES ONE
     THROUGH ONE HUNDRED,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

Plaintiff Ubiquiti Networks, Inc. ("Ubiquiti") has moved pursuant to Civil Local Rules 7-2 for an order to expedite discovery in advance of a Federal Rule of Civil Procedure 26(f) conference for the limited purpose of serving a subpoena on third-party Google, Inc. for the following:

1.   Documents sufficient to show the true name, contact information, and Internet Protocol address as well as documents and communications, not including contents of communications, relating to or originating from electronic mail address jarrychu@gmail.com., from December 1, 2011 to the present.

2.   Documents, sufficient to show the true name, contact information, and Internet Protocol address as well as documents and communications, not including contents of communications, relating to or originating from electronic mail address lvan.mikailhov99@gmail.com., from December 1, 2011 to the present

3.   Documents sufficient to show the true name, contact information, and Internet Protocol address as well as documents and communications, not including contents of communications, relating to or originating from electronic mail address leo.lark69@gmail.com., from December 1, 2011 to the present.

4.   Documents sufficient to show the true name and contact information, including street address and telephone number and the Internet Protocol address associated with the person who uses the username Leo Zhou and posted the YouTube video at http://www.youtube.com/watch?v=kBaescDB998, from December 1, 2011 to the present.

Having considered the arguments of the parties and the papers submitted, and finding

//

//

//

//

ORDER GRANTING MOTION TO EXPEDITE DISCOVERY
Case No. 12-cv-2582-CW

good cause therefore, the Court hereby grants Ubiquiti's Motion to Expedite Discovery.

**IT IS SO ORDERED.**

Dated:  July 5, 2012

_____
HONORABLE CLAUDIA WILKEN
United States District Judge