IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UBIQUITI NETWORKS, INC.,                      No. C 12-2582 CW

      Plaintiff,                          PRELIMINARY
                                                    INJUNCTION
    v.

KOSUMI USA CORP and SHAO WEI HSU,

      Defendants.

_____/

    The Court enjoins Shao Wei Hsu, aka William Hsu Wu, and Kozumi USA Corporation and their agents, officers, servants, employees, owners and representatives and all other persons, firms or corporations in active concert or participation with them from: (1) using in any manner any registered trademark owned by Ubiquiti, and the UBIQUITI, UBIQUITI NETWORKS, and Ubiquiti Logo mark, or any name or mark that wholly incorporates or is confusingly similar to the aforementioned trademarks; (2) moving, destroying, or otherwise disposing of any items confusingly or deceptively similar to Ubiquiti's products and that bear any of the aforementioned trademarks that belong to Ubiquiti; (3) moving, destroying or otherwise disposing of any records or documents containing information related to the manufacturing, distributing,

delivering, shipping, importing, exporting, marketing, promoting, selling or otherwise offering for sale of items that bear any of the aforementioned trademarks that belong to Ubiquiti; (4) assisting, aiding or abetting any other person or business entity in engaging in or performing any of the above-mentioned activities.  Excepted from this injunction is the selling, manufacturing, distributing, delivering, shipping, importing, marketing and promoting of products in Argentina bearing the UBIQUITI NETWORKS and Ubiquiti Logo trademarks, which do not use any other Ubiquiti-owned trademark.  Also excepted from this injunction is the re-sale of genuine Ubiquiti products.  The Court orders that the real estate assets owned or controlled by Defendants are frozen and cannot be sold, transferred or encumbered in any manner without a stipulation from Ubiquiti or, if that cannot be obtained, an Order from this Court.

     IT IS SO ORDERED.

Dated: July 5, 2012

CLAUDIA WILKEN
United States District Judge

2