SEDGWICK LLP
ROBERT HARKINS (State Bar No.179525)
robert.harkins@sedgwicklaw.com
JIA-MING SHANG (State Bar No. 233326)
jiaming.shang@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendants KOZUMI USA CORP and WILLIAM HSU WU (erroneously sued as SHAO WEI HSU)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBIQUITI NETWORKS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>KOZUMI USA CORP., a Florida corporation; SHAO WEI HSU; LILIA KUNG; DOES ONE THROUGH ONE HUNDRED,<br><br>        Defendants. | Case No. CV 12-2582 CW<br><br>**ORDER AS MODIFIED GRANTING DEFENDANTS MOTION TO SHORTEN TIME FOR HEARING MOTION TO MODIFY PRELIMINARY INJUNCTION ORDER**<br><br>Place:  Oakland Courthouse, Ctrm. 2<br>Judge:  The Hon. Claudia Wilken |

SF/2893848v1

ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO SHORTEN TIME TO HEAR MOTION TO MODIFY PRELIMINARY INJUNCTION

1  The Court, having reviewed Defendants' Motion to Shorten Time for Hearing a Motion to Modify Preliminary Injunction, and good cause appearing, hereby GRANTS the motion as unopposed. Defendants shall electronically file their motion to modify the preliminary injunction and supporting papers which shall be deemed filed August 24, 2012. Plaintiff Ubiquiti Networks, Inc, may have until September 5, 2012 to submit an opposition. Defendants may have until September 10, 2012 to file a reply. The hearing on Defendants motion shall be held at 2:00 p.m. on September 27, 2012, advanced from October 4, 2012.

It is further ordered that the case management conference currently set for September 19, 2012 is continued to **2:00 p.m. on September 27, 2012.**

SO ORDERED.

Dated: 8/29/2012

Hon. Claudia Wilken

1

ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO SHORTEN TIME TO HEAR MOTION TO MODIFY PRELIMINARY INJUNCTION