IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBIQUITI NETWORKS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KOZUMI USA CORP., et al.,<br><br>    Defendants. | Case No.: 12-cv-2582 CW (JSC)<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO SEAL (Dkt. No. 115)** |

Now pending before the Court is Defendants' Administrative Motion to Seal the parties' Joint Discovery Letter Brief filed January 4, 2013. (Dkt. No. 115.) Defendants' request fails to comply with Local Rule 79-5(a)'s requirement that "[t]he request must be narrowly tailored to seek sealing only of sealable material" and is not accompanied by a supporting declaration. The motion is therefore DENIED.

Defendants shall refile their Administrative Motion to Seal and file with it a declaration establishing that the documents are entitled to sealing as required by Rule 79-5(b). Wholly conclusory statements in support of sealing are inadequate – the fact that a document has been designated as confidential is not sufficient to establish good cause for sealing. This is

especially true where the confidentiality designation is subject to challenge. Moreover, it is not appropriate to request sealing of an entire document when only portions thereof are in fact confidential. Accordingly, Defendants shall refile the motion in accordance with Rule 79-5.

Defendants have also failed to electronically file several documents which it submitted to the Court for review in connection with the joint statement (Dkt. No. 115) including the Declaration of William Wu, the Declaration of Robert Harkins, Exhibits A-B to the Harkins Declaration, the Declaration of Whitney McCollum, and Exhibits A-B to the McCollum Declaration. These documents are not included in Defendants' request for sealing and thus should have been publically filed. As it stands, these documents are not part of the record in this case.

Accordingly, within three days of the filing date of this Order, Defendants shall electronically file the Declaration of William Wu, the Declaration of Robert Harkins, Exhibits A-B to the Harkins Declaration, the Declaration of Whitney McCollum, and Exhibits A-B to the McCollum Declaration. In addition, Defendants shall file a renewed motion to seal within seven days of the filing date of this Order.

**IT IS SO ORDERED.**

Dated: February 25, 2013

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE