1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  ALEXEI KLESTOFF (CA SBN 224016)
   AKlestoff@mofo.com
3  WHITNEY E. MCCOLLUM (CA SBN 253039)
   WMcCollum@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Plaintiff,
   UBIQUITI NETWORKS, INC.

   ROBERT HARKINS (State Bar No.179525)
   robert.harkins@sedgwicklaw.com
   JIA-MING SHANG (State Bar No. 233326)
   jiaming.shang@sedgwicklaw.com
   SEDGWICK LLP
   333 Bush Street, 30th Floor
   San Francisco, CA 94104-2834
   Telephone:    415.781.7900
   Facsimile:    415.781.2635

   Attorneys for Defendants
   KOZUMI USA CORP. and SHAO WEI HSU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KOZUMI USA CORP., a Florida corporation; SHAO WEI HSU; DOES ONE THROUGH ONE HUNDRED,<br><br>　　　　　Defendants. | Case No.   12-CV-2582-CW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO AMEND FIRST AMENDED COMPLAINT**<br><br>Courtroom:   2, 4th Floor<br>Judge:   Hon. Claudia Wilken<br><br>Complaint filed on May 18, 2012<br><br>Trial Date: March 3, 2014 |

1. The parties, by and through their respective counsel, hereby stipulate as follows:

2. WHEREAS, plaintiff Ubiquiti Networks, Inc. ("Ubiquiti") filed the Complaint in this action on May 18, 2012;

3. WHEREAS, Ubiquiti filed a First Amended Complaint on October 5, 2012;

4. WHEREAS, Ubiquiti wishes to amend the First Amended Complaint to add Daniel Hsu as a defendant;

5. WHEREAS, Defendants agree to this amendment;

6. WHEREAS, Daniel Hsu consents to the jurisdiction of the Court;

7. WHEREAS, Daniel Hsu agrees that Sedgwick LLP can accept service of the Second Amended Complaint and Summons on his behalf;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:

1. The proposed Second Amended Complaint attached hereto as Exhibit A shall be filed within 7 days of the Court's order on this Stipulation.

2. Daniel Hsu consents to the jurisdiction of this Court.

3. Daniel Hsu agrees that Sedgwick LLP can accept service of the Second Amended Complaint and Summons on his behalf.

Respectfully submitted this 30th day of August, 2013.

| | |
|---|---|
| JENNIFER LEE TAYLOR<br>ALEXEI KLESTOFF<br>WHITNEY E. MCCOLLUM<br>MORRISON & FOERSTER LLP | ROBERT HARKINS<br>JIA-MING SHANG<br>SEDGWICK LLP |
| By: /s/ *Jennifer Lee Taylor*<br>JENNIFER LEE TAYLOR | By: /s/ *Robert Harkins*<br>ROBERT HARKINS |
| Attorneys for Plaintiff,<br>UBIQUITI NETWORKS, INC. | Attorneys for Defendants,<br>KOZUMI USA CORP., WILLIAM HSU WU and DANIEL HSU |

STIPULATION RE LEAVE TO FILE AMENDED COMPLAINT
CASE NO. 12-CV-2582-CW
sf-3309837

1

**ATTESTATION**

I, Jennifer Lee Taylor, am the ECF User whose ID and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Robert Harkins has concurred in this filing.

Dated:  August 30, 2013                     _/s/ Jennifer Lee Taylor_
                                                            JENNIFER LEE TAYLOR

1 **[PROPOSED] ORDER**

2   All previously set dates shall remain unchanged.  Pursuant to the stipulation, it is **SO ORDERED**.

Dated: 9/3/2013

_____
Honorable Claudia Wilken
Judge of the United States District Court