1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  ALEXEI KLESTOFF (CA SBN 224016)
   AKlestoff@mofo.com
3  WHITNEY E. MCCOLLUM (CA SBN 253039)
   WMcCollum@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Plaintiff,
   UBIQUITI NETWORKS, INC.

ROBERT HARKINS (State Bar No.179525)
robert.harkins@sedgwicklaw.com
JIA-MING SHANG (State Bar No. 233326)
jiaming.shang@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendants
KOZUMI USA CORP. and SHAO WEI HSU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KOZUMI USA CORP., a Florida corporation; SHAO WEI HSU; DOES ONE THROUGH ONE HUNDRED,<br><br>    Defendants. | Case No.    12-CV-2582-CW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN OF UBIQUITI'S CLAIMS AND DEFENDANTS' BREACH OF CONTRACT COUNTERCLAIM WITH PREJUDICE**<br><br>Courtroom:    2, 4th Floor<br>Judge:    Hon. Claudia Wilken<br><br>Complaint filed on May 18, 2012 |

1    Pursuant to Federal Rule of Civil Procedure 41, the parties, by and through their
2    respective counsel, hereby stipulate as follows:
3    WHEREAS, plaintiff Ubiquiti Networks, Inc. ("Ubiquiti") filed the Complaint in this
4    action on May 18, 2012;
5    WHEREAS, Ubiquiti filed a First Amended Complaint ("FAC") on October 5, 2012,
6    asserting claims for counterfeiting under 15 U.S.C. § 1114; trademark infringement under
7    15 U.S.C. § 1114; false designation of origin under 15 U.S.C. §1125(a); violation of the federal
8    Computer Fraud and Abuse Act; violation of California's Comprehensive Computer Data Access
9    and Fraud Act; direct copyright infringement under 17 U.S.C. § 101; contributory copyright
10   infringement; vicarious copyright infringement; violation of California Business and Professions
11   Code § 17200; violation of California Business and Professions Code § 17500; common law
12   infringement and unfair competition; libel; and violation of the Tariff Act under 19 U.S.C.
13   § 1526;
14   WHEREAS, defendants filed an Answer and Counterclaims on October 29, 2012;
15   WHEREAS, the Court granted Ubiquiti's motion to dismiss all of defendants'
16   counterclaims except for defendant Kozumi USA Corp.'s claim for breach of contract;
17   WHEREAS, pursuant to stipulation, Ubiquiti filed a Second Amended Complaint in this
18   action adding Daniel Hsu as a defendant, and asserting the same claims that were asserted in the
19   FAC;
20   WHEREAS, the parties have agreed to settle this action;
21   WHEREAS, pursuant to that settlement, Kozumi has agreed to dismiss its breach of
22   contract counterclaim with prejudice;
23   WHEREAS, pursuant to that settlement, Ubiquiti has agreed to dismiss with prejudice all
24   of its claims except for its trademark and copyright infringement claims;
25   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO
26   THE APPROVAL OF THE COURT:
27   1.    Kozumi USA Corp.'s breach of contract counterclaim is dismissed with prejudice.
28

2. Ubiquiti's claims for violation of the federal Computer Fraud and Abuse Act; violation of California's Comprehensive Computer Data Access and Fraud Act; violation of California Business and Professions Code § 17500; common law infringement and unfair competition; libel; and violation of the Tariff Act under 19 U.S.C. § 1526 are dismissed with prejudice.

3. All parties will bear their own attorney's fees and costs.

Respectfully submitted this 27th day of September, 2013.

| | |
|---|---|
| JENNIFER LEE TAYLOR<br>ALEXEI KLESTOFF<br>WHITNEY E. MCCOLLUM<br>MORRISON & FOERSTER LLP | ROBERT HARKINS<br>JIA-MING SHANG<br>SEDGWICK LLP |
| By: /s/ Jennifer Lee Taylor<br>    JENNIFER LEE TAYLOR<br><br>Attorneys for Plaintiff,<br>UBIQUITI NETWORKS, INC. | By: /s/ Robert Harkins<br>    ROBERT HARKINS<br><br>Attorneys for Defendants,<br>KOZUMI USA CORP., WILLIAM HSU WU and DANIEL HSU |

**ATTESTATION**

I, Jennifer Lee Taylor, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Robert Harkins has concurred in this filing.

Dated: September 27, 2013      /s/ Jennifer Lee Taylor
                               JENNIFER LEE TAYLOR

**[PROPOSED] ORDER**

Pursuant to the stipulation, it is **SO ORDERED**.

Dated: 10/10/2013

_____
Honorable Claudia Wilken
Judge of the United States District Court