JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
ALEXEI KLESTOFF (CA SBN 224016)
AKlestoff@mofo.com
WHITNEY E. MCCOLLUM (CA SBN 253039)
WMcCollum@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff,
UBIQUITI NETWORKS, INC.

ROBERT HARKINS (State Bar No.179525)
robert.harkins@sedgwicklaw.com
JIA-MING SHANG (State Bar No. 233326)
jiaming.shang@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendants
KOZUMI USA CORP. and SHAO WEI HSU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KOZUMI USA CORP., a Florida corporation; SHAO WEI HSU; DOES ONE THROUGH ONE HUNDRED,<br><br>　　　　　　Defendants. | Case No.    12-CV-2582-CW<br><br>**STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>Courtroom:    2, 4th Floor<br>Judge:    Hon. Claudia Wilken<br><br>Complaint filed on May 18, 2012 |

WHEREAS, plaintiff Ubiquiti Networks, Inc. ("Ubiquiti") commenced this action on May 18, 2012, alleging that defendants Kozumi USA Corp. and Shao Wei Hsu had engaged in counterfeiting Ubiquiti products, and asserting claims for, among other things, trademark and copyright infringement;

WHEREAS, pursuant to stipulation, Ubiquiti has added Daniel Hsu as a defendant in this action;

WHEREAS, the parties have agreed to settle this action;

WHEREAS, pursuant to the terms of the settlement, the Defendants in this action have agree to stipulate to entry of judgment and a permanent injunction;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:

1. The proposed Final Judgment and Permanent Injunction attached hereto as Exhibits A and B, respectively shall be entered in this action.

2. The parties further stipulate that the judgment shall become final for all purposes upon entry of judgment and that Ubiquiti and Defendants waive any right to appeal or seek review of this judgment by a higher court.

3. Defendants hereby expressly waive notice of entry of judgment, notice of and right to any hearing regarding entry of judgment and notice of default hereon.

4. The Court shall retain jurisdiction over the parties for the purposes of enforcing this Stipulation, of enforcing the Final Judgment and Permanent Injunction, and of any proceedings related to enforcing same.

5. The settlement agreement resolves the dispute between the parties. Each party shall bear its own costs.

//
//
//

Respectfully submitted this 27th day of September, 2013.

| | |
|---|---|
| JENNIFER LEE TAYLOR<br>ALEXEI KLESTOFF<br>WHITNEY E. MCCOLLUM<br>MORRISON & FOERSTER LLP | ROBERT HARKINS<br>JIA-MING SHANG<br>SEDGWICK LLP |
| By: /s/ Jennifer Lee Taylor<br>    JENNIFER LEE TAYLOR | By: /s/ Robert Harkins<br>    ROBERT HARKINS |
| Attorneys for Plaintiff,<br>UBIQUITI NETWORKS, INC. | Attorneys for Defendants,<br>KOZUMI USA CORP., WILLIAM HSU WU and DANIEL HSU |

ATTESTATION

I, Jennifer Lee Taylor, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Robert Harkins has concurred in this filing.

Dated: September 27, 2013         /s/ Jennifer Lee Taylor
                                  JENNIFER LEE TAYLOR

**[PROPOSED] ORDER**

Pursuant to the stipulation, it is **SO ORDERED**.

Dated: ___10/10/2013___

_____
Honorable Claudia Wilken
Judge of the United States District Court