| | |
|---|---|
| JENNIFER LEE TAYLOR (CA SBN 161368)<br>JTaylor@mofo.com<br>ALEXEI KLESTOFF (CA SBN 224016)<br>AKlestoff@mofo.com<br>WHITNEY E. MCCOLLUM (CA SBN 253039)<br>WMcCollum@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Plaintiff,<br>UBIQUITI NETWORKS, INC. | ROBERT HARKINS (State Bar No.179525)<br>robert.harkins@sedgwicklaw.com<br>JIA-MING SHANG (State Bar No. 233326)<br>jiaming.shang@sedgwicklaw.com<br>SEDGWICK LLP<br>333 Bush Street, 30th Floor<br>San Francisco, CA  94104-2834<br>Telephone:    415.781.7900<br>Facsimile:    415.781.2635<br><br>Attorneys for Defendants<br>KOZUMI USA CORP. and SHAO WEI HSU |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>KOZUMI USA CORP., a Florida corporation; SHAO WEI HSU; DANIEL HSU (AKA HSU SHAO HSIAN); DOES ONE THROUGH ONE HUNDRED,<br><br>                Defendants. | Case No.        12-CV-2582-CW<br><br>[PROPOSED] **FINAL JUDGMENT**<br><br>Courtroom:    2, 4th Floor<br>Judge:            Hon. Claudia Wilken<br><br>Complaint filed on May 18, 2012 |

Upon stipulation of the parties, judgment is hereby entered in favor of plaintiff Ubiquiti Networks, Inc. on its claims of counterfeiting under 15 U.S.C. § 1114 (First Cause of Action); trademark infringement under 15 U.S.C. § 1114 (Second Cause of Action); trade dress infringement under 15 U.S.C. §1125(a) (Third Cause of Action); false designation of origin under 15 U.S.C. §1125(a) (Fourth Cause of Action); direct copyright infringement under 17 U.S.C. § 101 (Seventh Cause of Action); contributory copyright infringement (Eighth Cause of Action); vicarious copyright infringement (Ninth Cause of Action); and violation of California Business and Professions Code § 17200 (Tenth Cause of Action).  Pursuant to the parties' stipulation, the Court finds that defendants knowingly and intentionally infringed the trademarks and copyrights asserted by Ubiquiti in the Second Amended Complaint, causing injury to Ubiquiti.

**IT IS SO ORDERED**.

Dated:  10/10/2013

Honorable Claudia Wilken
Judge of the United States District Court