| | |
|---|---|
| JENNIFER LEE TAYLOR (CA SBN 161368)<br>JTaylor@mofo.com<br>ALEXEI KLESTOFF (CA SBN 224016)<br>AKlestoff@mofo.com<br>WHITNEY E. MCCOLLUM (CA SBN 253039)<br>WMcCollum@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Plaintiff,<br>UBIQUITI NETWORKS, INC. | ROBERT HARKINS (State Bar No.179525)<br>robert.harkins@sedgwicklaw.com<br>JIA-MING SHANG (State Bar No. 233326)<br>jiaming.shang@sedgwicklaw.com<br>SEDGWICK LLP<br>333 Bush Street, 30th Floor<br>San Francisco, CA 94104-2834<br>Telephone: 415.781.7900<br>Facsimile: 415.781.2635<br><br>Attorneys for Defendants<br>KOZUMI USA CORP. and SHAO WEI HSU |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>KOZUMI USA CORP., a Florida corporation; SHAO WEI HSU; DANIEL HSU (AKA HSU SHAO HSIAN); DOES ONE THROUGH ONE HUNDRED,<br><br>                Defendants. | Case No.    12-CV-2582-CW<br><br>[PROPOSED] PERMANENT INJUNCTION<br><br>Courtroom:   2, 4th Floor<br>Judge:        Hon. Claudia Wilken<br><br>Complaint filed on May 18, 2012 |

Pursuant to the parties' stipulation, the Court hereby permanently enjoins Defendants Kozumi USA Corp., Shao Wei Hsu (aka William Hsu, William Hsu Wu, Guillermo Hsu), and Daniel Hsu (aka Hsu Shao Hsian) and their agents, officers, directors, servants, employees, owners, representatives, affiliates, and all entities controlled by any of the above persons, and all other persons, firms or corporations in active concert or participation with them from:

(1) using or displaying any trademarks, service marks, trade names, trade dress, logos, corporate names and other source identifiers, internet domain names, and uniform resource locaters ("Trademarks") asserted by Ubiquiti in the Second Amended Complaint; Trademarks owned by Ubiquiti worldwide, including, but not limited to, the Trademarks listed on Exhibit 1 hereto; or Trademarks that incorporate, are derived from, or are otherwise confusingly similar to any such Trademarks (collectively, "Ubiquiti Trademarks");

(2) manufacturing, selling or providing any goods or services that use or display any Ubiquiti Trademarks without Ubiquiti's prior written authorization;

(3) aiding or abetting others in manufacturing, selling or providing any goods or services that use or display any Ubiquiti Trademarks without Ubiquiti's prior written authorization;

(4) otherwise infringing any of Ubiquiti's rights in any Ubiquiti Trademarks;

(5) registering or attempting to register, or otherwise acquiring or attempting to acquire, any rights with respect to any Ubiquiti Trademarks;

(6) using, reproducing or distributing any software that Ubiquiti alleged Defendants to have used and distributed without authorization as forth in the Second Amended Complaint or any other software that incorporates or is derived from all or any portion of such software ("Ubiquiti Software");

(7) manufacturing, selling or providing any goods or services that use or incorporate any Ubiquiti Software without Ubiquiti's prior written authorization; or

//
//
//
//

1  (8) otherwise infringing Ubiquiti's copyrights or other intellectual property rights in any
2  Ubiquiti Software.
3  **IT IS SO ORDERED.**

Dated:   10/10/2013

*[signature]*
Honorable Claudia Wilken
Judge of the United States District Court